TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. A05-076 CR (RRB) |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) DRUG CONSPIRACY |
| vs. | )   Vio. of 21 U.S.C. §§ 846, 841(a)(1), |
| | ) (b)(1)(A) |
| BYRON WILLIAMS, a/k/a "Felipe", | ) |
| "Felipae", KELVIN WASHINGTON, | ) COUNT 2: |
| a/k/a "Kevin Washington", "Special K", | ) MAINTAINING A DRUG INVOLVED |
| and RODERICK WILLIAMS a/k/a | ) PREMISES |
| "MC Rod", | )   Vio. of 21 U.S.C. § 856(a)(1) and (b) |
| | ) |
| Defendants. | ) |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT 1

Between on or about March 21, 2005 and on or about August 13, 2005, both dates

being approximate and inclusive, the defendants, BYRON WILLIAMS, a/k/a "Felipe",

and "Felipae", KELVIN WASHINGTON, a/k/a "Kevin Washington" and "Special K",

and RODERICK WILLIAMS a/k/a "MC Rod" did unlawfully and knowingly combine, conspire, confederate and agree with each other, and with others both known and unknown to the Grand Jury (the "members of the conspiracy"), in Anchorage, within the District of Alaska, and in the Western District of Washington, and elsewhere, to distribute, and possess with intent to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A).

## METHOD AND MEANS OF THE CONSPIRACY

It was part of the conspiracy for members of the conspiracy to obtain cocaine from the state of Washington and to arrange shipment of the cocaine to Anchorage, Alaska. The members of the conspiracy would arrange for the cocaine to be transported to Anchorage through commercial airline flights, as well as other methods. Members of the conspiracy would travel between Anchorage, Alaska and Washington state to arrange for the transportation of cocaine to Anchorage. Members of the conspiracy would then distribute and arrange for the further distribution of the transported cocaine in Anchorage.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the defendants, together with other persons, including Latonya Stuckey, and others known and unknown to the Grand Jury, performed and caused to be performed certain overt acts in the District of Alaska and elsewhere, including, but not limited to the following:

1. On or about August 12, 2005, BYRON WILLIAMS, KELVIN WASHINGTON and RODERICK WILLIAMS arranged for Latonya Stuckey to transport approximately 500 grams of cocaine on her person via Alaska Airlines Flight 197 from Seattle, Washington to Anchorage, Alaska. BYRON WILLIAMS and KELVIN WASHINGTON paid for Stuckey's airline ticket on Alaska Airlines Flight 197 and provided her with travel money.

2. On or about August 12, 2005, in Washington state, BYRON WILLIAMS gave Stuckey approximately 500 grams of cocaine to transport via Alaska Airlines Flight 197 from Seattle, Washington to Anchorage, Alaska. BYRON WILLIAMS then proceeded to Anchorage via a separate airline flight ahead of Stuckey on August 12, 2005. Stuckey then arrived in Anchorage late on August 12, 2005.

3. On or about August 13, 2005, during the early morning hours, BRYON WILLIAMS, KELVIN WASHINGTON, and RODERICK WILLIAMS arrived at the Anchorage, Alaska airport to meet Stuckey and to receive and continue transporting the cocaine she transported on Alaska Airlines Flight 197.

4. Between on or about March 21, 2005 and on or about August 13, 2005, BYRON WILLIAMS provided additional quantities of cocaine to Stuckey and arranged, together with KELVIN WASHINGTON and RODERICK WILLIAMS, for Stuckey and others both known and unknown to the Grand Jury, to transport additional quantities of cocaine to Anchorage, Alaska from Washington state via commercial airline flights. The

total amount of a mixture and substance containing cocaine that BYRON WILLIAMS provided and that BYRON WILLIAMS, KELVIN WASHINGTON, and RODERICK WILLIAMS arranged for Stuckey and others both known and unknown to the Grand Jury to transport to Anchorage, Alaska from Washington state and that Stuckey and others both known and unknown to the Grand Jury successfully transported to Anchorage on behalf of and at the direction of BYRON WILLIAMS was in excess of 5 kilograms.

All of which is in violation of Title 21 United States Code Sections 846 and 841(a)(1) and (b)(1)(A).

## COUNT 2

Between on or about January 11, 2004 and on or about August 13, 2005, both dates being approximate and inclusive, the defendant, BYRON WILLIAMS, a/k/a "Felipe", "Felipae", within the District of Alaska, did knowingly and intentionally open, lease, rent, use, and maintain a place at 6611 East 9th Avenue #2, Anchorage, Alaska, for the purpose of manufacturing, distributing, and using cocaine, all of which is in violation

//

//

//

of Title 21 United States Code, Section 856(a)(1) and (b).

A TRUE BILL.

S/ Grand Jury Foreperson
GRAND JURY FOREPERSON

S/ Joseph W. Bottini for
JAMES A. GOEKE
Assistant U.S. Attorney

S/ Deobrah Smith for
TIMOTHY M. BURGESS
United States Attorney

DATED: 12-13-05