MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __RODERICK WILLIAMS__ CASE NO. __A05-0076-04-CR (RRB)__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____JAMES GOEKE_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY, FRIEND OF THE COURT_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT ON 2ND SUPERSEDING INDICTMENT (DOC #70) HELD 12/16/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:04 p.m. court convened.

_X_ Copy of 2ND Superseding Indictment given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Same as above.__

_X_ Financial Affidavit **FILED.** Federal Public Defender to appoint CJA counsel; FPD notified.

_X_ Defendant detained/Continued Arraignment/Status of Counsel/Detention Hearing set for **December 21, 2005 at 9:30 a.m.**

_X_ Order of Temporary Detention Pending Hearing **FILED.**

At 3:14 p.m. court adjourned.

DATE: __December 19, 2005__   DEPUTY CLERK'S INITIALS: __Ce__