MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __RODERICK WILLIAMS__   CASE NO. __A05-0076-04-CR (RRB)__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____JAMES GOEKE_____

DEFENDANT'S ATTORNEY: _____HENRY GRAPER, CJA APPOINTED_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS:   CONTINUED ARRAIGNMENT ON 2ND SUPERSEDING
INDICTMENT (DOC #70)/DETENTION HEARING/STATUS OF
COUNSEL HEARING HELD 12/21/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:30 a.m. court convened.

_X_ Copy of Second Superseding Indictment given to defendant; waived reading.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Same as above__   Age: __36__

_X_ Entry of Appearance **FILED.**

_X_ PLEA: Not guilty to count __1 of the Second Superseding Indictment.__

_X_ Defendant made no request re detention at this time; defendant detained; Order of Detention Pending Trial **FILED.**

_X_ Pretrial motions due **January 12, 2006**; Order Regarding Preparation for Trial **FILED.**

_X_ Counsel advised of trial date: **February 6, 2006.**

_X_ OTHER: Meet and confer December 21, 2005.

At 9:42 a.m. court adjourned.

DATE: __December 21, 2005__   DEPUTY CLERK'S INITIALS: __Ce__