```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   RODERICK WILLIAMS    CASE NO.  3:05-CR-00076-04-RRB
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       JAMES GOEKE FOR FRANK RUSSO

DEFENDANT'S ATTORNEY:          HENRY GRAPER-NOT PRESENT

U.S.P.O.:                      KAREN BREWER

PROCEEDINGS:  ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT
         HELD 01/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:35 a.m. court convened.

 X Copy of Third Superseding Indictment given to defendant.

 X Defendant's detention continued.

 X OTHER: Court and counsel heard re Mr. Graper's non-appearance. Court directed case manager to send out a minute order scheduling a Continued Arraignment on Third Superseding Indictment and notify the parties.

At 11:37 a.m. court adjourned.

DATE:     January 20, 2006      DEPUTY CLERK'S INITIALS:    ce