DEBORAH M. SMITH
Acting United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-076-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL** |
| | ) | **FROM ELECTRONIC** |
| vs. | ) | **SERVICE** |
| | ) | |
| BYRON WILLIAMS et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and

hereby requests that the Court no longer serves pleadings in the above-captioned

case on James A. Goeke, Asst. U.S. Attorney. Frank Russo, Assistant U.S.

Attorney, is now appearing for the United States in this matter.

RESPECTFULLY SUBMITTED this 24th day of January, 2006 at

Anchorage, Alaska

                DEBORAH M. SMITH
                Acting United States Attorney

                s/ James A. Goeke
                Assistant U.S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-3668
                Fax: (907) 271-1500
                E-mail: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2006,
a copy of the foregoing was served
electronically on F. Rich Curtner,
Henry Graper, D. Scott Dattan, and served
on Herbert Verigutz via fax to (907)276-5334

s/ James A. Goeke