## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

    USA    v.    WILLIAMS, et al.

DATE:    January 25, 2006    CASE NO.    3:05-cr-0076 RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS VACATING HEARING**

---

Due to judicial scheduling conflicts, the status hearing scheduled for **February 8, 2006,** is **vacated.** Trial in this matter is presently scheduled for April 10, 2006. If any party requires a status hearing, a request should be filed and a hearing will be set accordingly.

M.O. VACATING HEARING