MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs RODERICK WILLIAMS    CASE NO. 3:05-cr-00076-04-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            KAREN LOEFFLER

DEFENDANT'S ATTORNEY:              HENREY GRAPER

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT ON THIRD SUPERSEDING
             INDICTMENT HELD JANUARY 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:01 p.m. court convened.

 X Copy of Third Superseding Indictment given to defendant: read.

 X Defendant advised of general rights.  X Waived full advisement
                                             of rights.

 X Defendant advised of charges and penalties.

 X PLEAS: Not guilty to counts 1 and 3 of the Third Superseding
   Indictment.

 X Defendant's detention continued.

 X Pretrial motions due **February 10, 2006** ; Order for the
   Progression of a Criminal Case with Trial by Jury &
   Final Pretrial Date **FILED.**

 X Counsel advised of trial date: **April 10, 2006 at 8:30 a.m.**
   before U.S. District Judge Ralph R. Beistline.

 X OTHER: Court and counse heard re Mr. Grapers medical
condition. Court and counsel heard re defense counsels oral
motion to withdraw; **GRANTED.** Court directed Mr. Graper to file
paperwork with the defendants signature. Court directed Mr.
Graper to remain counsel until the Federal Public Defender's
Agency appoints new CJA counsel; FPD notified.

At 2:16 p.m. court adjourned.


DATE:      January 25, 2006        DEPUTY CLERK'S INITIALS:    ak