## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>  Plaintiff,<br><br>vs.<br><br>RODERICK WILLIAMS,<br>  Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 3:05-cr-076 RRB** |

## ENTRY OF APPEARANCE

  COMES NOW **LANCE C. WELLS, Esq. of the LAW OFFICES OF LANCE C. WELLS, P.C.**, and hereby enters this entry of appearance on behalf of the **DEFENDANT RODERICK WILLIAMS named above.**

  Please direct all telephone calls and service of all documents to the below telephone number or address.

  Dated this 26th day of January 2006.

            Law Offices of Lance C. Wells, P.C.

            s/ Lance C. Wells
            733 W. 4th Avenue, Suite 308
            Anchorage, AK. 99501
            t)907-274-9696
            f) 907-277-9859
            email) lwells@gci.net
            Bar # 9206045 AK.

**Certificate of Service**

On 1/26/06, a copy of this document was served electronically on AUSA Frank Russo

  Law Offices of Lance C. Wells, P.C.

      s/ Lance C. Wells
      733 W. 4th Avenue, Suite 308
      Anchorage, AK. 99501
      t)907-274-9696
      f) 907-277-9859
      email) lwells@gci.net
      Bar # 9206045 AK.