Henry E. Graper, III
Attorney for Roderick Williams
Gorton, Logue & Graper
737 M Street
Anchorage, Alaska  99501
Phone:  907-276-1945
Fax:  907-276-0680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>RODERICK WILLIAMS,<br>    Defendant. | )<br>)<br>)   **ON SHORTENED TIME**<br>)<br>)<br>)<br>) Case No.:  3:05-cr-76-RRB |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW CJA counsel for Defendant, Roderick Williams and hereby moves to withdraw as counsel.

Defendant, Roderick Williams, consented to counsel's withdrawal in open court at his Arraignment on the Third Superceding Indictment.  The basis for this withdrawal is advice counsel received from his primary treating physician treating physician to curtail his schedule for the foreseeable future due to undiagnosed medical issues that counsel is currently being treated for.

Respectfully submitted this 26th day of  January, 2006 at Anchorage, Alaska.

s/Henry E. Graper, III
Attorney for Defendant, Roderick Williams
Gorton, Logue & Graper
737 M Street
Anchorage, Alaska  99501
Phone:  907-276-1945
Fax:  907-279-0680
Email:  henrygraper@gci.net