Lance Christian Wells, Esq.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RODERICK WILLIAMS, )<br>    Defendant. )<br>_____) | **Case No. 3:05-CR-076-(RRB)** |

### MOTION FOR 30 DAY EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW LANCE C. WELLS, counsel of record for Defendant Roderick Williams and hereby files this motion for a thirty day extension of time in which to file defendant's pretrial motions in the above matter. This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 10th day of February, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Roderick Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

1

**Certificate of Service**

That on the 10th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, D. Weber and by Mail on H. Viergutz

By: s/LC Wells, Esq.