IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RODERICK WILLIAMS, ) | |
|     Defendant. ) | |
| _____) | **Case No. 3:05-CR-076-(RRB)** |

**[PROPOSED ORDER]**

The court having considered the motion for a 30 day extension of time to file pretrial motions and good cause having been shown, it is hereby ordered that the motion is granted. Pretrial motions will be due 30 days from the date of distribution of this order.

Dated: _____          _____
                                    US District Court Judge

**Certificate of Service**

That on the 10th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, D. Weber and by Mail on H. Viergutz

By: s/LC Wells, Esq.