IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>      Plaintiff,<br><br>vs.<br><br>RODERICK WILLIAMS,<br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  3:05-CR-076-(RRB) |

## AFFIDAVIT OF COUNSEL

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney for the defendant named above.

2. Pretrial motions are due today in this case.

3. I cannot file the motions by this deadline as there is too much discovery to go through. I have reviewed the police reports provided to date, but am still in the process of reviewing some 70 CD's with another 35 on the way. I have now gone through the first 15 tapes. They are over one hour in length each.

4. I recently entered this case on or about January 25, 2006.

5. I need additional time to review all of the discovery, so I can determine what motions will be filed. I anticipate at least one suppression motion.

6. I am requesting an additional 30 days to allow me to finish reviewing discovery received and file any pretrial motion. Defendant is entitled the effective representation.

7. Without diligently reviewing all discovery, I would be doing my client an injustice.

8. No one will be prejudiced by allowing this brief extension of time to file pretrial motions.

9. I further non-oppose Scott Dattan's motion to continue trial filed on behalf of Byron Williams and join in that motion as I believe it appropriate under the circumstances.

10. Further your affiant sayeth naught.

> s/ Lance c. Wells 2/10/06
> Attorney for Roderick Williams
> 733 W. 4th Ave, Suite 308
> Anchorage, Alaska 99501
> Phone: 907/274-9696
> Fax: 907/277-9859
> E-mail: lwells@gci.net
> AK # 9206045
>
>
> s/Sharon Leipi,
> Notary in and for Alaska,
> My Commission Expires: 6/8/06

**Certificate of Service**

That on the 10th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, D. Weber and by Mail on H. Viergutz

By: s/LC Wells, Esq.