Lance Christian Wells, Esq.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>　　Plaintiff, )<br> )<br>vs. )<br> )<br>RODERICK WILLIAMS, )<br>　　Defendant. )<br>_____) | **Case No.  3:05-CR-076-(RRB)** |

## JOINDER TO MOTION TO CONTINUE TRIAL

COMES NOW LANCE C. WELLS, counsel of record for Defendant Roderick Williams and hereby files this non-opposition to Byron Williams Motion to Continue Trial. Furthermore, Defendant Roderick Williams joins in this motion for the same reasons set forth in the underlying motion filed by attorney Scott Dattan.

Dated this 10th day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF LANCE C. WELLS, P.C.

　　　　　　　　　　　　　　　　　　　　　　　s/Lance C. Wells
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Roderick Williams
　　　　　　　　　　　　　　　　　　　　　　　733 W. 4th Ave, Suite 308
　　　　　　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　　　　　　　Phone: 907/274-9696
　　　　　　　　　　　　　　　　　　　　　　　Fax: 907/277-9859
　　　　　　　　　　　　　　　　　　　　　　　E-mail: lwells@gci.net
　　　　　　　　　　　　　　　　　　　　　　　AK # 9206045

**<u>Certificate of Service</u>**

That on the 10th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, D. Weber and by Mail on H. Viergutz

By: s/LC Wells, Esq.