LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone:  (907) 276-8008
Fax:  (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRON WILLIAMS, et al | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-76-1-RRB |

**JOINDER TO MOTION FOR EXTENSION OF TIME**

COMES NOW D. SCOTT DATTAN, counsel of record for Defendant Byron Williams and hereby files this joinder in Roderick Williams' Motion for Extension of Time to File Pretrial Motions.  Furthermore, Defendant Byron Williams joins in this motion for the same reasons set forth in the underlying motion filed by attorney Lance Wells.

Dated at Anchorage, Alaska this 10th day of February, 2006

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  Dattan@alaska.net
Alaska Bar No. 8411111

Page 1 of 2
USA v BYRON WILLIAMS; 3:05-cr-76-1-RRB
Joinder to Motion for Extension of Time

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006,
a copy of foregoing JOINDER TO MOTION
FOR EXTENSION OF TIME was served
electronically on:

James Goeke.
Rich Curtner
Lance Wells
Frank Russo
Sue Ellen Tatter
Herbert A. Viergutz

s/D.Scott Dattan

Page 2 of 2
USA v BYRON WILLIAMS; 3:05-cr-76-1-RRB
Joinder to Motion for Extension of Time