**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   BRYON WILLIAMS, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO. 3:05-cr-00076-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 14, 2006

     Defendant Bryon Williams, has filed a Motion to Continue Trial by Jury at Docket 138.  A Trial Scheduling Conference in the above matter will be held on Friday, February 24, 2006 at 9:00 a.m. in Courtroom 2, U.S. Courthouse and Federal Building, Anchorage, Alaska.

[]{IA.WPD*Rev.12/96}