## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,                              )<br>                                                      )<br>vs.                                               )<br>                                                      )<br>BYRON WILLIAMS,**RODERICK**  )<br>**WILLIAMS**, MARIE INEZ-        )<br>HASAN LOMAX, TANYA           )<br>CHAISON, & PAULA M.             )<br>ROBARDS,                                  )<br>         Defendants.                       )<br>_____) | **Case No.  3:05-CR-076-(RRB)** |

### NOTICE OF JOINDER #2

Comes Now Defendant Roderick Williams by and through undersigned counsel and hereby non-opposes and for the reasons set forth in the co-defendant's memorandum joins the Motion for Production & Inspection of Grand Jury Proceedings filed by David Weber, Esq. on behalf of his client defendant Tanya Chaison. These are co-defendants, joined for trial and the information requested is relevant and pertinent to Mr. William's case.

s/ Lance c. Wells 2/14/06

Attorney for Roderick Williams

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

### Certificate of Service

That on the 14th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, B. Wonnell, D. Weber and H. Viergutz

By: s/LC Wells, Esq.