IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>     Plaintiff,                    ) <br>                                      ) <br> vs.                                      ) <br>                                    ) <br> BYRON WILLIAMS,**RODERICK** ) <br> **WILLIAMS**, MARIE INEZ-    ) <br> HASAN LOMAX, TANYA        ) <br> CHAISON, & PAULA M.        ) <br> ROBARDS,                        ) <br>     Defendants.          ) <br> _____) | Case No.  **3:05-CR-076-(RRB)** |

## NOTICE OF JOINDER #6

  Comes Now Defendant Roderick Williams by and through undersigned counsel and hereby non-opposes and for the reasons set forth in the co-defendant's memorandum joins the Motion for Discovery of "Defendant's Statements" filed by David Weber, Esq. on behalf of his client defendant Tanya Chaison. These are co-defendants, joined for trial and the information requested is relevant and pertinent to Mr. William's case.

      s/ Lance c. Wells 2/14/06

      Attorney for Roderick Williams

      733 W. 4th Ave, Suite 308
      Anchorage, Alaska 99501
      Phone: 907/274-9696
      Fax: 907/277-9859
      E-mail: lwells@gci.net
      AK # 9206045

### Certificate of Service

  That on the 14th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, B. Wonnell, D. Weber and H. Viergutz

  By: s/LC Wells, Esq.