IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>BYRON WILLIAMS,**RODERICK** )<br>**WILLIAMS**, MARIE INEZ-　　　)<br>HASAN LOMAX, TANYA　　　　)<br>CHAISON, & PAULA M.　　　　)<br>ROBARDS,　　　　　　　　　　)<br>　　　Defendants.　　　　　　　)<br>_____ ) | **Case No.  3:05-CR-076-(RRB)** |

### NOTICE OF JOINDER #3

　　　Comes Now Defendant Roderick Williams by and through undersigned counsel and hereby non-opposes and for the reasons set forth in the co-defendant's memorandum joins the Motion to Disclose Search Warrants filed by David Weber, Esq. on behalf of his client defendant Tanya Chaison. These are co-defendants, joined for trial and the information requested is relevant and pertinent to Mr. William's case.

　　　　　　　　　　s/ Lance c. Wells 2/14/06

　　　　　　　　　　Attorney for Roderick Williams

　　　　　　　　　　733 W. 4th Ave, Suite 308
　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　Phone: 907/274-9696
　　　　　　　　　　Fax: 907/277-9859
　　　　　　　　　　E-mail: lwells@gci.net
　　　　　　　　　　AK # 9206045

### Certificate of Service

　　　That on the 14th day of February, 2006, a copy of this document was served by electronic filing upon , James Goeke, AUSA, Rich Curtner, Frank Russo, S. Tatter, S. Dattan, B. Wonnell, D. Weber and H. Viergutz

　　　By: s/LC Wells, Esq.