IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No.  3:05-0076-06-RRB-JDR |
| )  | |
| Plaintiff,          ) | **ORDER** |
| ) | (proposed) |
| vs.                                                            ) | |
| TANYA  E. CHAISON                              ) | |
| Defendant.          ) | |

Having considered the motion filed by the United States to continue the deadline to file its response to defendants motions, IT IS HEREBY ORDERED that the United States may file its response on February 21, 2006.

**IT IS SO ORDERED**.

DATED this _____ of February, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE