MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. BYRON WILLIAMS, et al

Case No. *3:05-cr-00076-RRB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

**RE: Motion(s) for 30 Day Extension to File Pretrial Motions**

Defendant **Roderick Williams (D-02)** moves the court for a thirty (30) day extension of time within which to file pretrial motions (Docket No. 140). Joinders to the motion were filed by Defendant Chaison (D-04), Docket Nos. 143 and 159 and 160, and Defendant Byron Williams (D-01) at Docket No. 157. The government shall file by 4:00 p.m. **Friday, February 17, 2006**, any opposition to the motion(s) to extend the pretrial motion deadline. The clerk shall notice the parties accordingly.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 15, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00076 Williams et al @140 Mtn to Extend PTM Deadline.wpd