DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-0076 (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES' NOTICE OF** |
| | ) | **NON-OPPOSITION TO** |
| BYRON WILLIAMS, a/k/a "Felipe", | ) | **DEFENDANTS MOTION FOR** |
| "Felipae", **RODERICK** | ) | **30-DAY EXTENSION TO FILE** |
| **WILLIAMS**, MARIE INEZ | ) | **PRETRIAL MOTIONS -** |
| HASAN-LOMAX, a/k/a "Star", "Inez | ) | **Filed at Docket 140** |
| Lomax", "Inez Lomax-Hasan", "Inez | ) | |
| Marie Lawton", TANYA E. | ) | |
| CHAISON, a/k/a "Tanya Chaison- | ) | |
| Williams", and PAULA MARIE | ) | |
| ROBERDS, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, by and through the

undersigned Assistant United States Attorney, and hereby provides notice of the

United States' non-opposition to defendant Roderick Williams' motion for a 30-day extension of time to file pretrial motions, filed at docket 140.

RESPECTFULLY SUBMITTED this <u>16th</u> day of February, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Frank V. Russo
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3383
>Fax: (907) 271-1500
>E-mail: frank.russo@usdoj.gov
>MA # 64

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2006,
a copy of the foregoing was served
electronically on:

D. Scott Dattan

David R. Weber

Lance C. Wells

Thomas Burke Wonnell

s/ Frank V. Russo