**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

UNITED STATES v. BYRON WILLIAMS, et al

Case No. **3:05-cr-00076-RRB-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE:  Motion for 30 Day Extension to File Pretrial Motions
Docket Nos. 140, 143, 157, 159, and 160

Defendant **Roderick Williams** has moved for a thirty (30) day extension of time to file pretrial motions.  Docket No. 140.  The motion is joined by co-defendant **Tanya Chaison**, Docket Nos. 143, 159 and 160, and co-defendant **Byron Williams**, Docket No. 157. The government filed a non-opposition at Docket No. 193.  The time for filing pretrial motions expired February 13, 2006 unless otherwise extended.  No party has opposed the request for extension.  For the reasons stated in defendant **Roderick Williams's** memorandum said motion is GRANTED in part and DENIED in part.  The present trial date is April 10, 2006.  Defendants **Roderick Williams, Byron Williams** and **Tanya Chaison** have also moved the court to continue the trial currently set for April 10, 2006.  That motion is set for a hearing before the trial judge on February 23, 2006.  The magistrate judge concludes that some additional time to file pretrial motions is needed by the moving defendants based upon late received evidence from the government. The defendants' memoranda in support of the request(s) to extend pretrial motions does not support the request for an additional 30 days.

Therefore, the motion for 30 days extension of time to file pretrial motions is denied although the **deadline for filing pretrial motions is hereby extended to February 24, 2006**.  This extension should allow sufficient time for the magistrate judge to conclude pretrial motions prior to the current trial date.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 16, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

MO Extending Pretrial Motion Deadlig
3:05-cr-00076-RRB-JDR    Entered by Judge John D. Roberts    2/16/2006; Page 1 of 1