DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:05-0076-RRB-JDR |
| Plaintiff, ) | |
| ) | |
| v. ) | GOVERNMENT'S RESPONSE |
| ) | TO DEFENDANT'S MOTION TO |
| RODERICK WILLIAMS, ) | DISCLOSE  FRE 404(b) |
| TONYA E. CHAISON, ) | EVIDENCE |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and hereby opposes the defendant's "Motion to Require Disclosure of 404(b) Evidence", filed at Docket 145.  This motion was joined by co-defendant Roderick Williams at Docket 180.  The United States intends to notify the

defendants of any evidence it intends to use pursuant to FRE 404(b) seven days before trial, concurrently with the filing of its trial brief.

## ARGUMENT

Rule 404(b) requires the government to provide "reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial." Typically, the practice in this District is to provide notice of Rule 404(b) evidence seven days prior to trial, concurrent with the filing of pre-trial memoranda. The defendants do not state why seven days notice is insufficient in their case, other than to erroneously aver that "[t]he failure to provide pre-trial disclosure in this purportedly capital case would impair defendant's rights to due process of law . . . .". As far as the United States is aware, this is not a capital case. Trial in this case is currently set for April 10, 2006.[1] The government intends to file its Notice of 404(b) Evidence, if any, one week before the trial, or as the Court so directs. The government submits that one week is sufficient time for Chaison and her co-defendants to review the Notice and bring forth their arguments at the pretrial conference. Thus, Chaison's motion for FRE 404(b) evidence should be

---

[1] A hearing on a motion to continue this trial date, which is not opposed by the United States, is scheduled for February 23, 2006 at 9:00 am.

U.S. v. R. Williams & Chaison
Case No. 3:05-0076-RRB-JDR            Page 2 of  3

denied.

      RESPECTFULLY SUBMITTED this <u>21st</u> day of February, 2006 in

Anchorage, Alaska.

                                DEBORAH M. SMITH
                                Acting United States Attorney


                                <u>s/ Frank V. Russo</u>
                                Assistant U.S. Attorney
                                Federal Building & U.S. Courthouse
                                222 West Seventh Avenue, #9, Room 253
                                Anchorage, Alaska  99513-7567
                                (907) 271-5071
                                (907) 271-1500 (fax)
                                Frank.Russo@usdoj.gov


I declare under penalty of perjury that a true and correct copy of the foregoing
was sent to the following counsel of record on February 21, 2006, via:

      (X) Electronic case filing notice

David Weber, Esq.
Lance C. Wells, Esq.


<u>s/ Frank V. Russo</u>