DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:05-0076-06-RRB-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTION |
| RODERICK WILLIAMS, | ) | TO DISCLOSE SEARCH |
| TANYA E. CHAISON, | ) | WARRANTS |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      COMES NOW, the United States of America, by and through undersigned counsel, and hereby responds to the defendant's "Motion to Disclose Search Warrants", filed at Docket 156.  The search warrant, affidavit, and return pertaining to the 6611 East 9th Avenue, #2, has already been disclosed to the defendant.  Such documents were provided to the defendant in discovery, and bear

Bates stamp numbers 149-176. The search warrant and affidavit pertaining to 1303 West 23rd Avenue, #28, has also been provided, bearing Bates stamp numbers RW030-052. Accordingly, the defendant's motion should be denied as moot.

RESPECTFULLY SUBMITTED this 21st day of February, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on February 21, 2006, via:

(X) Electronic case filing notice

David Weber, Esq.
Lance C. Wells, Esq.

s/ Frank V. Russo