WILLIAMS had been previously parked in front of the Romig Court apartments located at 1303 West 23rd Avenue, Apartment 28, Anchorage, Alaska. Detective Dorr also informed me that ROBERDS had an active Alaska State Misdemeanor warrant for her arrest. During the course of my investigation, I had obtained copies of photographs of both WILLIAMS and ROBERDS so I was familiar with both of their appearances.

10. Detective Dorr and I established surveillance in the vicinity of 1303 West 23rd Avenue during the evening hours of December 14, 2005. During this surveillance, I observed a black Lincoln Navigator SUV bearing Alaska License tag ETM384 parked directly in front of the Romig Court apartments at 1303 West 23rd Avenue. I knew based on information provided by a cooperating defendant that WILLIAMS drove a black Lincoln Navigator.

11. During the morning of December 15, 2005, I periodically drove past 1303 West 23rd in an attempt to observe WILLIAMS. I observed that the Lincoln Navigator was still parked in the same spot as the previous evening.

12. At approximately 1:50 PM on December 15, 2005, I observed the Lincoln Navigator depart the area around 1303 West 23rd. I followed this vehicle and observed Roderick WILLIAMS exit the vehicle at the corner of West 23 Rd Avenue and Cope Street. I observed that ROBERDS was driving the Lincoln

Affidavit of Special Agent Schmidt
in Support of Search Warrant            14

EXHIBIT A PAGE 14 of 20

Navigator. I observed that WILLIAMS walked to the driver's side door of a blue and white pick up truck which had turned onto Cope Street just as WILLIAMS was exiting his vehicle. I drove past and observed ROBERDS drive the Lincoln Navigator around the block. After approximately one minute, I observed that ROBERDS had returned to the corner of West 23rd Avenue and Cope Street and picked up WILLIAMS. I observed the pickup truck drive out of Cope Street and turn west on West 23rd Avenue, traveling at a high rate of speed. Based on my observations, training and experience, it appeared to me that WILLIAMS had conducted some type of illicit transaction.

13. I followed WILLIAMS and ROBERDS in their vehicle and observed that WILLIAMS was in the second row seat moving around with out a seat belt on. I observed that both WILLIAMS and ROBERDS were looking at my vehicle as they turned from West 23rd Avenue onto North Star Street.

14. As their vehicle slowed to turn west on Fireweed Lane, I activated my emergency red and blue flashing lights and siren in order to stop their vehicle. was dressed in body armor with the word POLICE displayed on the front and had my DEA badge displayed on my belt. I ordered both WILLIAMS and ROBERDS out of their vehicle. With assistance from other DEA agents,

Affidavit of Special Agent Schmidt
in Support of Search Warrant                15

EXHIBIT A PAGE 15 720

both WILLIAMS and ROBERDS were taken into custody. Additionally, their three year old female daughter, who was in the back seat of the vehicle, was removed from the vehicle and placed with her mother. As I was near the open door of the vehicle, I smelled the odor of burning marijuana.

15. Special Agent Ken Solek drove the Lincoln Navigator out of traffic on North Star Street. S/A Solek informed me that he had smelled burning marijuana in the vehicle and observed a large sum of U.S. currency in several bundles inside an open purse in the front of the vehicle. Based on these observations, the black Lincoln Navigator was transported back to the DEA office in Anchorage for processing in order to initiate administrative forfeiture proceedings. WILLIAMS was also transported back to the Anchorage DEA office for processing. ROBERDS was turned over to Anchorage Police Department officers custody for processing related to her Alaska State misdemeanor warrant.

16. A search of the black Lincoln Navigator pursuant to DEA policy for vehicles subject to administrative forfeiture proceedings, resulted in the seizure of approximately three thousand dollars in U.S. Currency, a set of digital scales with suspected cocaine residue, a lit hand-rolled cigarette containing suspected marijuana, a package of cigarette rolling papers, and documents

belonging to WILLIAMS and ROBERDS. Among the documents found inside the vehicle was an Alaska Driver's License listing Paula ROBERDS address as 1303 West 23rd APT 28, Anchorage, AK 99503 and copies of an Anchorage Police Department traffic summons charging Roderick Ondra WILLIAMS with speeding while driving the Lincoln Navigator on September 6, 2005.

17. A handler and canine trained in the detection of the odors of controlled substance were called to the DEA Anchorage Office in order to examine the vehicle and currency found with in it. The canine handler told me that his canine had indicated positive for the odor of a controlled substance on both the vehicle and the currency. Additionally, S/A Rikk Rambo conducted a field test for the presence of cocaine in the residue found on the digital scales found inside the Lincoln Navigator. S/A Rambo told me that the field test indicated positive for the presence of cocaine in the residue.

18. On December 15, 2005 at approximately 6:00 PM, DEA agents secured the residence located at 1303 West 23rd Avenue, Apartment 28, in Anchorage, Alaska in anticipation of seeking a federal search warrant to search that location. While securing the apartment, the agents encountered Paula ROBERDS. S/A Ken Solek told me that he had smelled the odor of burning

Affidavit of Special Agent Schmidt
in Support of Search Warrant                17

marijuana inside the apartment. Additionally, S/A Solek observed a pipe with suspected marijuana residue on a bookshelf in the main room of the apartment. S/A Solek stated that he also observed a clear plastic baggie with its lower corner torn off in plain view in the bathroom of the apartment. Based on my training and experience, I know that retail drug traffickers often use the corner of small sandwich bags as packaging for small quantities of drugs intended for distribution.

## CONCLUSION

Based upon the foregoing information, I submit that there is probable cause to believe that the residence located at 1303 West 23rd Avenue, Apartment 28, in Anchorage, Alaska, is being used to conceal and store items as referenced in Attachment A; all of which are fruits, evidence and instrumentalities of crimes against the United States of America, that is, the unlawful Distribution of Cocaine, Possession with Intent to Distribute Cocaine, Maintaining a Residence or Place for the Purpose of Distributing Cocaine, as well as the conspiracy to commit those offenses, in violation of Title 21, United Sates Code, Sections 841 (a) (1), 846 and 856; Money Laundering in violation of Title 18 United States Code Sections 1956, 1957; and aiding and abetting the afore stated crimes against the United States, in violation of Title 18, United States

Affidavit of Special Agent Schmidt
in Support of Search Warrant                     18

EXHIBIT A PAGE 18/20

Code, Section 2.

                    Further your affiant sayeth naught,

                    _____

                    Mark J. Schmidt
                    Special Agent
                    Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me this 15 th day of December 2005.

_____

UNITED STATES MAGISTRATE JUDGE

Affidavit of Special Agent Schmidt
in Support of Search Warrant            19

EXHIBIT A PAGE 19 of 20

# ATTACHMENT A

**Property to be seized:**

1. Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, in particular, cocaine a Schedule II Controlled Substance, Marijuana, a Schedule I Controlled Substance, and other controlled substances..

2. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel.

3. Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier's checks, money transfer receipts, passbooks, bank checks, safe deposit box keys and other valuable items evidencing the obtaining, secreting, transfer, concealment/or expenditure of money.

4. United States Currency, precious metals, jewelry, and financial instruments in amounts indicative of the proceeds of illegal narcotics trafficking.

5. Photographs, in particular, photographs of ~~co-conspirators~~ *Paula ROBERTS and Roderick WILLIAMS*, of assets, and/or controlled substances, in particular cocaine and marijuana.

6. Indicia of occupancy, residency, and/or ownership of the premises described above, including, but not limited to, utility and telephone bills, canceled envelopes, and keys.

7. Weapons including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine-guns and other illegal weapons, ammunition, and any records or receipts pertaining to firearms and ammunition.

8. Controlled substances and related drug paraphernalia including but not limited to packaging materials, cutting agents, scales, glassware or other containers.

9. Receipt for items evidencing the expenditure of the proceeds of drug distribution including, but not limited to, clothing, furniture, and electronic equipment.

10. Express Mail receipts and any other receipts and/or labels relating to express mail shipping services.

11. Electronic equipment, such as computers, telephone answering machines, cellular telephones, pagers, text messaging devices to include, computer software, discs and tapes, audio tapes, and the contents therein, containing the information generated by the aforementioned electronic equipment.

EXHIBIT A PAGE 20 of 26

# United States District Court

_____ DISTRICT OF Alaska _____

In the Matter of the Search of
(Name, address or brief description of property or person to be searched)

1303 West 23rd Avenue, Apartment 28
Anchorage, Alaska

## SEARCH WARRANT

CASE NUMBER: A05-244 MJ

TO: DEA S/A Mark J. Schmidt _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by DEA S/A Mark J. Schmidt _____ who has reason to
                                                    Affiant
believe that ☐ on the person of or ☒ on the premises known as    (name, description and/or location)

1303 West 23rd Avenue, Apartment 28 , Anchorage, Alaska

in the _____ District of Alaska _____ there is now
concealed a certain person or property, namely: (describe the person or property)

See Attachment "A"

I am satisfied that the affidavit(s) which is attached hereto and incorporates herein by reference and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 12/15/2005
                                                         Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to U.S. Magistrate Judge John Roberts
as required by law.                                                       U.S. Judge or Magistrate

12/15/2005 _____    at    Anchorage, Alaska
Date and Time Issued                                  City and State

U.S. Magistrate Judge John Roberts
Name and Title of Judicial Officer            Signature of Judicial Officer

EXHIBIT B PAGE 1 of 1

ATTACHMENT A

**Property to be seized:**

1. Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, in particular, cocaine a Schedule II Controlled Substance, Marijuana, a Schedule I Controlled Substance, and other controlled substances..

2. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel.

3. Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier's checks, money transfer receipts, passbooks, bank checks, safe deposit box keys and other valuable items evidencing the obtaining, secreting, transfer, concealment/or expenditure of money.

4. United States Currency, precious metals, jewelry, and financial instruments in amounts indicative of the proceeds of illegal narcotics trafficking.

5. Photographs, in particular, photographs of ~~co-conspirators~~ *Paula ROBEROS and Roderick WILLIAMS* of assets, and/or controlled substances, in particular cocaine and marijuana.

6. Indicia of occupancy, residency, and/or ownership of the premises described above, including, but not limited to, utility and telephone bills, canceled envelopes, and keys.

7. Weapons including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine-guns and other illegal weapons, ammunition, and any records or receipts pertaining to firearms and ammunition.

8. Controlled substances and related drug paraphernalia including but not limited to packaging materials, cutting agents, scales, glassware or other containers.

9. Receipt for items evidencing the expenditure of the proceeds of drug distribution including, but not limited to, clothing, furniture, and electronic equipment.

10. Express Mail receipts and any other receipts and/or labels relating to express mail shipping services.

11. Electronic equipment, such as computers, telephone answering machines, cellular telephones, pagers, text messaging devices to include, computer software, discs and tapes, audio tapes, and the contents therein, containing the information generated by the aforementioned electronic equipment.

EXHIBIT B  PAGE 6 of 2

RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/15/2005 | 12/15/2005 9:30PM | Paula ROBERDS |

INVENTORY MADE IN THE PRESENCE OF
DEA S/A Alan Lopez

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Items listed on attached DEA Form 12

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate      Date

EXHIBIT C  PAGE 12

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Paula ROBERDS
1303 W. 23rd Avenue
Apt. #28
ANCHORAGE, ALASKA

DIVISION/DISTRICT OFFICE

FILE NO. RG-05-0044
G-DEP IDENTIFIER
FILE TITLE: WILLIAMS, Byron
DATE: 12/15/2005

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Glass Pipe FROM Living Rm Shelf | |
| 1 | Misc. Paperwork FROM Kitchen Area | |
| 1 | Clear Wrap FROM Bathroom Trashcan | |
| 1 | Misc. Papers AT&T Bills, Contracts Ect. FROM Computer Desk | |
| 1 | Kids Mirror w/ Rolling Paper, Samsung Cell Ph. FROM Dining Rm Table | |
| 1 | 3 Subject Notebook From Adult Bedroom | |
| 1 | Diablo Digital Scale FROM Adult Bedroom | |
| 1 | Keys, ID, Prepaid Phone Cards, Misc Paper FROM Adult Bedroom | |
| 1 | Misc Papers, Photos From Kitchen Closet | |
| 1 | Proctor Silex Grinder FROM Kitchen Closet | |
| 1 | Suspected Cocaine Residue FROM Table & Floor | |

LAST ITEM
NOTHING FOLLOWS

RECEIVED BY (Signature): Mark Schmidt
NAME AND TITLE (Print or Type): S/A Mark J. Schmidt

WITNESSED BY (Signature): Alan Lopez
NAME AND TITLE (Print or Type): Alan Lopez S/A

FORM DEA-12 (9-00) Previous editions obsolete       Electronic Form Version Designed in JetForm 5.2 Version

EXHIBIT C PAGE 2/2
RW000000032

Geewon Anderson    See Connect Time   logged in    log off    --- Change Location --- ▾

# DMV Records                                                    detailed report

**Record Info**

| | | | |
|---|---|---|---|
| Date Last Changed | 03/29/2005 | Last Action | **TITLE & REGISTRATION** |
| Time Last Changed | 1606417 | Date Last Action | 03/29/2005 |
| DMV Status | **Transfer Pending** | | |

**Owner(s)**

| Search | Suffix | First Name | Middle Name | Last Name | Company | AND/OR |
|---|---|---|---|---|---|---|
| PS LS | | **SHANDRIKA** | **ANNETTE** | **JENKINS** | | |

**Vehicle Description**                                    **License Data**

| | | | |
|---|---|---|---|
| Make | **LINC** | Previous State | **W** |
| Model | **NAV** | Number | **ETM384** |
| Year | **1998** | Status | **CURRENT** |
| Color 1 | **BLACK** | State | **AK** |
| Color 2 | | Country | |
| Class Code | **11** | Date Replace | **N/A** |
| Power Method | | | **Certificate** |
| Power Displace | | Origination Number | |
| Vehicle Body Style | **SUBURBAN, BLAZER, BRONCO, LAND CRUISER** | Status Class | |
| | | Status Date | **N/A** |
| Prorate Code | | | **Title** |
| ATC Code | | Status | **TITLE & REGISTRATION** |
| Axles | **N/A** | | |
| Tax Exempt | | Number | **2160885** |
| Fleet Number | | Replace | |
| Unit Fleet Number | | | **Registration** |
| Emission Control | **Y** | Number | **N321344** |
| | | Month Origin | **03** |
| | **Weight** | Month Expire | **03** |
| Unladen | **05000** | Year Expire | **2007** |
| Unladen Method | **Estimated** | | |

http://www.ingens.com/dbs/alaska/dmv/cf/Detail.CFM?SYB_I...    2/20/2006

EXHIBIT D PAGE 1 OF 4

|  |  |  |  |
|---|---|---|---|
| Weight | N/A | State Registered | |

### Property Information

| | | | |
|---|---|---|---|
| Heavy Vehicle Tax | N | | |

### Tax Information

| | |
|---|---|
| Date Due | N/A |
| Amount Paid | 01600 |
| Date Paid | 03/29/2005 |

| | | | |
|---|---|---|---|
| Odometer Code | 0060123 | | |
| Emission Number | A3466571C | | |
| Month Last IM Certification | January | | |
| Year Last IM Certification | 2005 | | |
| Data Restricted | Y | | |

### Mailing Address

| | |
|---|---|
| Street | PO BOX 101221 |
| City | ANCHORAGE |
| State | AK |
| Country | |
| Zip | 99510 |
| Date Change | 03/29/2005 |
| Time Change | 1606275 |

**Vehicle ID**

| | |
|---|---|
| Property ISN | 13673063 |
| Serial Number | 5LMPU28L4WLJ40873 |
| Serial Number Type | Actual |

**Lien Holder Address**

| | |
|---|---|
| Street | |
| City | |
| State | |
| Zip | |
| Country | |

### Residential Address

| | |
|---|---|
| Street | 1200 COLUMBINE #4 |
| City | ANCHORAGE |
| State | AK |
| Country | |
| Zip | 99508 |
| Date Change | 03/29/2005 |
| Time Change | 1606275 |

---

**Ingens™** rev 1.002 © Copyright 1997-2006
Public Knowledge Systems

help on this page - contact information

EXHIBIT D  PAGE 2 of K

| Geewon Anderson | See Connect Time | logged in | log off | --- Change Location --- ▾ |

# DMV Records

detailed report

**Record Info**

| | |
|---|---|
| Date Last Changed **03/29/2005** | Last Action **TITLE & REGISTRATION** |
| Time Last Changed **1606417** | Date Last Action **03/29/2005** |
| DMV Status **Transfer Pending** | |

**Owner(s)**

| Search | Suffix | First Name | Middle Name | Last Name | Company | AND/OR |
|---|---|---|---|---|---|---|
| PS LS | | SHANDRIKA | ANNETTE | JENKINS | | |

**Vehicle Description**

- Make **LINC**
- Model **NAV**
- Year **1998**
- Color 1 **BLACK**
- Color 2
- Class Code **11**
- Power Method
- Power Displace
- Vehicle Body Style **SUBURBAN, BLAZER, BRONCO, LAND CRUISER**
- Prorate Code
- ATC Code
- Axles **N/A**
- Tax Exempt
- Fleet Number
- Unit Fleet Number
- Emission Control **Y**

**Weight**

- Unladen **05000**
- Unladen Method **Estimated**

**License Data**

- Previous State **W**
- Number **ETM384**
- Status **CURRENT**
- State **AK**
- Country
- Date Replace **N/A**

**Certificate**

- Origination Number
- Status Class
- Status Date **N/A**

**Title**

- Status **TITLE & REGISTRATION**
- Number **2160885**
- Replace

**Registration**

- Number **N321344**
- Month Origin **03**
- Month Expire **03**
- Year Expire **2007**

EXHIBIT D PAGE 4

http://www.ingens.com/dbs/alaska/dmv/cf/Detail.CFM?SYB__I...    2/20/2006

|  |  |  |  |
|---|---|---|---|
| Weight | N/A | State Registered | |
| **Property Information** | | **Tax Information** | |
| Heavy Vehicle Tax | N | Date Due | N/A |
| Odometer Code | 0060123 | Amount Paid | 01600 |
| Emission Number | A3466571C | Date Paid | 03/29/2005 |
| Month Last IM Certification | January | **Mailing Address** | |
| Year Last IM Certification | 2005 | Street | PO BOX 101221 |
|  |  | City | ANCHORAGE |
| Data Restricted | Y | State | AK |
| Vehicle ID | | Country | |
| Property ISN | 13673063 | Zip | 99510 |
| Serial Number | 5LMPU28L4WLJ40873 | Date Change | 03/29/2005 |
| Serial Number Type | Actual | Time Change | 1606275 |
| Lien Holder Address | | **Residential Address** | |
|  |  | Street | 1200 COLUMBINE #4 |
| Street | | City | ANCHORAGE |
| City | | State | AK |
| State | | Country | |
| Zip | | Zip | 99508 |
| Country | | Date Change | 03/29/2005 |
|  |  | Time Change | 1606275 |

**Ingens™** rev 1.002 © Copyright 1997-2006
Public Knowledge Systems

help on this page - contact information

EXHIBIT D PAGE 4 of 4