Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| _____) | Case No. 3:05-cr-76-4-RRB |

**ORDER ON MOTION TO SUPPRESS**

The court having considered defendant's Motion to Suppress, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. All evidence derived from the unlawful search of the residence located at 1303 W. 23rd Avenue, Apt. #28 Anchorage, AK. is hereby suppressed and cannot be used at trial for any purpose and may not be referred to either.

DATED this _____ day of _____ 2006.

```
                                    _____
                                    U.S. District Court Judge
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 3, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by fax:

Tim Astle
U.S. Probation/Pretrial Services Office
271-3060

and by mail:

▲ Marie Inez Hasan-Lomax

```
c/o Anchorage Jail
1400 E. 4th Ave
Anchorage, Alaska 99501
```

s/Lance C. Wells