Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:05-cr-76-4-RRB |

**ORDER ON MOTION OF DEFENDANT FOR SEVERANCE**

Defendant Roderick O. Williams, having moved for severance, and the court being fully advised,

It is hereby ORDERED that such motion is GRANTED, and defendant Roderick O. Williams shall be severed from the co-defendants herein as requested in such motion. Mr. Roderick O. Williams' trial date shall now be on the _____ day of _____ 2006, at the hour of _____ o'clock __.m.

DATED this _____ day of _____ 2006.

                                                   _____
                                                   U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5th, 2006, a copy of the foregoing was served electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by fax:

Tim Astle
U.S. Probation/Pretrial Services Office
271-3060

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells

*ORDER ON MOTION OF DEFENDANT FOR SEVERANCE*
*United States of America v. Roderick O. Williams*          *Page 2 of 2*
*Case No. 3:05-cr-76-4-RRB*