Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>BYRON WILLIAMS,   )<br>LATONYA STUCKEY,   )<br>CALVIN WASHINGTON,   )<br>**RODERICK O. WILLIAMS**,   )<br>MARIE INEZ HASAN-LOMAX,   )<br>TANYA E. CHAISON, and   )<br>PAULA M. ROBARDS,   )<br>)<br>Defendants.   )<br>_____) | Case No. 3:05-cr-76-4-RRB |

**NON-OPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING FILED ON**

**SHORTENED TIME**

COMES NOW DEFENDANT RODERICK O. WILLIAMS by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files this non-opposed motion to continue the evidentiary hearing in the above matter currently scheduled for 4/24/06 for a period of seven days or as soon as the court has time available upon its calendar.

The basis for this motion is that the defendant is filing a supplement to his first motion to suppress previously filed. Defendant is now claiming an intentional misrepresentation under <u>Franks v. Delaware (citations omitted)</u>as to certain paragraphs submitted in the affidavit of DEA SA Schmidt. This supplement should be filed by 4/21/06.

On 4/18/06, AUSA Frank Russo non-opposed the filing of this motion telephonically with counsel for defendant. Pretrial motion deadlines have not yet run in this matter as they were previously extended and no deadline date has yet been set.

A proposed order for this court's signature is attached hereto.

DATED at Anchorage, Alaska, this 18th day of March 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

<u>s/Lance C. Wells</u>
Attorney for Roderick O. Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: <u>lwells@gci.net</u>
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 18th, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
<u>frank.russo@usdoj.gov</u>

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells