Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| LATONYA STUCKEY, ) | |
| CALVIN WASHINGTON, ) | |
| **RODERICK O. WILLIAMS**, ) | |
| MARIE INEZ HASAN-LOMAX, ) | |
| TANYA E. CHAISON, and ) | |
| PAULA M. ROBARDS, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 3:05-cr-76-4-RRB |

**DEFENDANT'S SECOND MOTION TO SUPPRESS PHYSICAL EVIDENCE**

COMES NOW DEFENDANT RODERICK O. WILLIAMS by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files Defendant's Second Motion to Suppress all evidence derived from the illegal search of Mr. Williams' residence located at 1303 W. 23rd Ave, Apt. #28, Anchorage, Alaska. The basis for said second motion to suppress is that paragraphs 12 and 13, of the affidavit in support of search warrant filed by Officer DEA Special Agent Mark J.

Schmidt, are false in their entirety; were intentionally made; were material and calculated to deceive the magistrate into believing that there was probable cause to issue the warrant.

Paragraphs 12 and 13 are in violation of <u>Franks v. Delaware</u>, 438 U.S. 154, 98 S.Ct. 2674, 57 L.ed.2d 667 (1978).

This motion is supported by the attached memorandum of law and affidavit of defendant filed concurrently herewith. A proposed order is attached hereto.

DATED at Anchorage, Alaska, this 20th day of April 2006.

        LAW OFFICES OF LANCE C. WELLS, P.C.

<u>s/Lance C. Wells</u>
Attorney for Roderick O. Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: <u>lwells@gci.net</u>
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 20th, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
<u>frank.russo@usdoj.gov</u>

James A. Goeke
Asst. U.S. Attorney
<u>james.goeke@usdoj.gov</u>

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.

barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells