Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:05-cr-76-4-RRB |

**ORDER ON DEFENDANT'S SECOND MOTION TO SUPPRESS PHYSICAL EVIDENCE**

The court having considered defendant's second motion to suppress, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's second motion to suppress is GRANTED. All evidence, derived from the unlawful search of the residence located at 1303 W. 23rd Avenue, Apt #28, Anchorage, Alaska, is hereby SUPPRESSED and cannot be used at trial for any purpose, and may not be referred to during trial.

*ORDER ON DEFENDANT'S SECOND MOTION TO SUPPRESS PHYSICAL EVIDENCE*
*United States of America v. Roderick O. Williams*                    Page 1 of 2
*Case No. 3:05-cr-76-4-RRB*

DATED this _____ day of _____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20th, 2006, a copy of the foregoing was served electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells