Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| LATONYA STUCKEY, ) | |
| CALVIN WASHINGTON, ) | |
| **RODERICK O. WILLIAMS**, ) | |
| MARIE INEZ HASAN-LOMAX, ) | |
| TANYA E. CHAISON, and ) | |
| PAULA M. ROBARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cr-76-4-RRB |

### NOTICE OF FILING UNSIGNED AFFIDAVIT

COMES NOW Roderick O. Williams by and through undersigned counsel and hereby files his client's affidavit unsigned. A signed and notarized copy will be filed immediately upon receipt from the defendant who is currently incarcerated in Anchorage. This affidavit has been reviewed in its entirety with defendant prior to its filing. I am awaiting the signed and notarized copy.

DATED at Anchorage, Alaska, this 20th day of March 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Roderick O. Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20th, 2006, a copy of the foregoing was served electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

*AFFIDAVIT OF RODERICK O. WILLIAMS*
*United States of America v. Roderick O. Williams*          Ex. "C"        Page 2 of 8
*Case No. 3:05-cr-76-4-RRB*

and by mail:

- Marie Inez Hasan-Lomax
  c/o Anchorage Jail
  1400 E. 4th Ave
  Anchorage, Alaska 99501

s/Lance C. Wells

Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| BYRON WILLIAMS,    ) | |
| LATONYA STUCKEY,    ) | |
| CALVIN WASHINGTON,    ) | |
| **RODERICK O. WILLIAMS**,    ) | |
| MARIE INEZ HASAN-LOMAX,    ) | |
| TANYA E. CHAISON, and    ) | |
| PAULA M. ROBARDS,    ) | |
| ) | |
| Defendants.    ) | |
| _____)  | Case No. 3:05-cr-76-4-RRB |

**AFFIDAVIT OF RODERICK O. WILLIAMS**

STATE OF ALASKA           )
                          ) ss:
THIRD JUDICIAL DISTRICT   )

I, Roderick Williams, depose and state as follows.

1.  I am the defendant in the above-captioned action.

2.  I make this affidavit in support of my second motion to suppress.

3.  I have read the affidavit of DEA Special Agent Schmidt in support of the search warrant.

4.  Paragraphs 12 and 13 are patently false, and did not occur.

5.  I believe DEA Agent Schmidt has committed perjury with the intent to deceive this court in to issuing the search warrant for my residence set forth above.

6. None of the facts set forth in paragraphs 12 and 13 are true.

7. I request and evidentiary hearing as to the issues raised in my second motion to suppress.

8. I believe that my co-defendant Paula Robards will support this as well, as she was there.

9. I have instructed my attorney to consult with Ms. Robards' attorney on this issue.

10. I am willing to testify, and am planning on testifying at the evidentiary hearing surrounding the issues raised within this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this _____ day of April 2006.

_____
Roderick O. Williams

SUBSCRIBED AND AFFIRMED before me this _____ day of April 2006, at Anchorage, Alaska.

_____
Notary in and for Alaska
My commission expires:_____

Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )

*AFFIDAVIT OF RODERICK O. WILLIAMS*
*United States of America v. Roderick O. Williams*        Ex. "C"        Page 6 of 8
*Case No. 3:05-cr-76-4-RRB*

```
                                    )
                   Plaintiff,       )
                                    )
     v.                             )
                                    )
BYRON WILLIAMS,                     )
LATONYA STUCKEY,                    )
CALVIN WASHINGTON,                  )
RODERICK O. WILLIAMS,               )
MARIE INEZ HASAN-LOMAX,             )
TANYA E. CHAISON, and               )
PAULA M. ROBARDS,                   )
                                    )
                   Defendants.      )
                                    )   Case No. 3:05-cr-76-4-RRB
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20th, 2006, a copy of the foregoing was served electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.

drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells

*AFFIDAVIT OF RODERICK O. WILLIAMS*
*United States of America v. Roderick O. Williams*            Ex. "C"        Page 8
*of 8*
*Case No. 3:05-cr-76-4-RRB*