Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|                    Plaintiff,       ) | |
|                                     ) | |
|     v.                              ) | |
|                                     ) | |
| BYRON WILLIAMS,                     ) | |
| LATONYA STUCKEY,                    ) | |
| CALVIN WASHINGTON,                  ) | |
| **RODERICK O. WILLIAMS**,           ) | |
| MARIE INEZ HASAN-LOMAX,             ) | |
| TANYA E. CHAISON, and               ) | |
| PAULA M. ROBARDS,                   ) | |
|                                     ) | |
|                    Defendants.      ) | |
| _____ ) | Case No. 3:05-cr-76-4-RRB |

**MOTION TO EXCLUDE RECORDED STATEMENTS**

COMES NOW DEFENDANT RODERICK O. WILLIAMS by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves this court for an order excluding the statements recorded by the Department of Corrections on behalf of the United States Government. The use of the statements would violate Mr. Williams' constitutional right to cross-examine the statements against him, and confront adverse witnesses.

This motion is supported by the attached memorandum of law filed herewith. A proposed order is attached hereto. Excludable delay will result from the filing of this motion.

DATED at Anchorage, Alaska, this 21st day of April 2006.

                        LAW OFFICES OF LANCE C. WELLS, P.C.

                        <u>s/Lance C. Wells</u>
                        Attorney for Roderick O. Williams
                        733 W. 4th Ave, Suite 308
                        Anchorage, Alaska 99501
                        Phone: 907/274-9696
                        Fax: 907/277-9859
                        E-mail: <u>lwells@gci.net</u>
                        AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 21st, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
<u>frank.russo@usdoj.gov</u>

James A. Goeke
Asst. U.S. Attorney
<u>james.goeke@usdoj.gov</u>

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
<u>barmar@gci.net</u>

▲ Calvin Washington
Rich Curtner, Asst. Defender
<u>rich_curtner@fd.org</u>
Sue Ellen Tatter, Asst. Defender
<u>sue_ellen_tatter@fd.org</u>

▲ Tanya E. Chaison
David R. Weber, Esq.
<u>drweber@acsalaska.net</u>

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
<u>tburkewonnell@alaska.net</u>

and by mail:

▲ Marie Inez Hasan-Lomax
  c/o Anchorage Jail
  1400 E. 4th Ave
  Anchorage, Alaska 99501

<u>s/Lance C. Wells</u>