Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| _____ | )   Case No. 3:05-cr-76-4-RRB |

**ORDER ON DEFENDANT'S MOTION TO EXCLUDE RECORDED STATEMENTS**

The court having considered defendant's Motion to Exclude Recorded Statement, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that the State of Alaska, Department of Corrections, is to allow counsel for Mr. Roderick O. Williams to visit and photograph the telephone setup from which calls are made by the inmates from each mod they have been housed in during the time that the

recordings were made; the recording machinery; the areas where any prison personnel observed callers making calls from during the hours and months made; to produce the operating manual as to the recording of phone calls, including any and all other documentation surrounding recording of prisoner phone calls; and order the State of Alaska to allow counsel for defendant to tour the recording area, and take photographs as necessary.

In the event the State of Alaska, Department of Corrections continues to deny access to materials as well as access to the areas referenced above, for whatever reason, the government may not utilize any of the recorded conversations made.

DATED this \_\_\_\_\_ day of _____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 21st, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org

*ORDER ON DEFENDANT'S SECOND MOTION TO SUPPRESS PHYSICAL EVIDENCE*
<u>United States of America v. Roderick O. Williams</u>                    *Page 2 of 3*
*Case No. 3:05-cr-76-4-RRB*

Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
  c/o Anchorage Jail
  1400 E. 4th Ave
  Anchorage, Alaska 99501

s/Lance C. Wells