DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-0076-07-RRB-JDR |
| Plaintiff, | ) |
| vs. | ) |
|  | ) RESPONSE TO MOTION |
| PAULA M. ROBERDS, | ) TO JOIN MOTION TO SUPPRESS |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and hereby responds to the defendants notice of joinder, filed at docket 256.  Therein, the defendant seeks to join in co-defendant Roderick Williams

Motion to Suppress filed at docket 234.  It should be noted that the defendant has not filed any supporting documents that would establish that she had a reasonable expectation of privacy in the residence located at 1303 W. 23rd Ave., #23, which was the subject of the search warrant.

The defendant has the burden of demonstrating that she has a reasonable expectation of privacy in the place searched.  <u>Rawlings v. Kentucky</u>, 448 U.S. 98, 104 (1980).   The defendant is not "entitled to rely on the government's allegations in the pleadings, or positions the government has taken in the case, to establish standing."  <u>United States v. Zermeno</u>, 66 F.3d 1058, 1062 (9th Cir. 1995) (citing <u>United States v. Singleton</u>, 987 F.2d 1444, 1449 (9th Cir. 1993)). While the government believes that the defendant maintained a residence at 1303 W. 23rd Ave., #23, the defendant has not satisfied her burden in this regard, and the Court should not entertain the motion absent proof of standing.

//


//


//

RESPECTFULLY SUBMITTED this  21st day of April, 2006 in

Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 27, 2006, 2006, via:

>(X) Electronic case filing notice

T. Burke Wonnell, Esq.


Executed at Anchorage, Alaska, on February 21, 2006

s/ Frank V. Russo_____
Office of the U.S. Attorney