**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>vs.<br><br>RODERICK O. WILLIAMS,<br><br>　　　　　Defendant. | **3:05-cr-00076-04-RRB-JDR**<br><br>**FINAL**<br>**RECOMMENDATION ON**<br>**MOTION FOR SEVERANCE**<br><br>(Docket Entry 238) |

　　　　Defendant **Roderick Williams** has timely objected to the recommendation that his motion for severance be denied.  *See* Objections, Docket No. 249.  The government filed no reply.  Upon due consideration of the objections the magistrate judge declines to modify the recommendation.

　　　　Williams argues that the magistrate judge has failed to analyze the impact of United States v. Baker, 10 F.3d 1374, 1389-93 (9th Cir. 1993).[1]  Baker is

---

[1] The defendant's memorandum mis-cites Baker as 10 F.2d 1374 (9th Cir. 1993).

readily distinguishable from the instant case. In Baker the Ninth Circuit Court of Appeals expressed its concerns regarding proceeding against all defendants in a single trial in a case the court described as "one of the lengthiest and costliest trials in this nation's history." 10 F.13 at 1386. "The trial lasted over 16 months, produced over 30,000 pages of transcripts, and involved over 250 witnesses and thousands of exhibits presenting evidence involving over 2,000 narcotics transactions spanning an 11-year period." Id.  The trial involved 24 defendants charged in a 44 count superseding indictment, 15 of whom went to trial. The instant case does not appear to fit that mode. Baker also held that broad and general allegations of prejudice from the length of a trial are not enough to require the district court to grant a severance. Id. at 1389.

The motion for severance by defendant Roderick Williams lacks merit. Accordingly, the recommendation that Williams' Motion for Severance, Docket No. 238 will now be forwarded to the assigned district judge for his determination.

DATED this 4th day of May, 2006, at Anchorage, Alaska.

  /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge