(Rev 5/06)

# LIST OF EXHIBITS

Case No. 3:05-cr-00076-04-RRB    Magistrate Judge: **JOHN D. ROBERTS**
&    3:05-cr-00076-07-RRB

Title    U.S.A.

vs.

Roderick Williams & Paula Marie Roberds

Dates of Hearing/Trial:    May 4, 2006

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | Lance Wells for deft Williams |
|  | Abigail Sheldon for deft Roberds |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 5/4/06 | Photo - purse | A | ✓ | 5/4/06 | Apartment Lease |
| 2 | ✓ | 5/4/06 | Photo - purse | B | ✓ | 5/4/06 | Photo - Lincoln |
| 3 | ✓ | 5/4/06 | Photo - scale | C | ✓ | 5/4/06 | Diagram |
| 4 | ✓ | 5/4/06 | Photo - marijuana joint | | | | |
| 5 | ✓ | 5/4/06 | Photo - marijuana pipe | | | | |
| 6 | ✓ | 5/4/06 | Photo - Garbage in Bathroom | | | | |