IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, d/k/a Felipe,<br>  Felipae;<br>**RODERICK WILLIAMS**;<br>MARIE INEZ HASAN-LOMAX, a/k/a<br>  Star, Inez Lomax, Inez<br>  Lomax-Hasan, Inez Marie<br>  Lawton;<br>TONYA E. CHAISON, a/k/a Tanya<br>  Chaison-Williams; and<br>PAULA MARIE ROBERDS,<br><br>      Defendants. | Case No. 3:05-cr-0076-RRB<br><br>**ORDER DENYING MOTION<br>FOR SEVERANCE** |

      Before the Court at Docket 238 is Defendant **RODERICK WILLIAMS'** Motion of Defendant for Severance, which as been opposed by the Government.

      On April 10, 2006, at Docket 246, the Magistrate Judge recommended that the Motion for Severance be denied. Defendant

objected to the aforesaid Recommendation at Docket 249 and the Magistrate Judge issued his Final Recommendation at Docket 265.

As is generally the case with such motions, the issue of severance is a discretionary decision for the Court. The Court has therefore reviewed the pleadings filed with regard to this matter and concludes that the reasoning of the Magistrate Judge is accurate.

Therefore, the Court hereby accepts both the initial and final recommendations of the Magistrate Judge and, for the reasons set forth therein, hereby **DENIES** Defendant's Motion for Severance.

ENTERED this 5th day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE