Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907-274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BYRON WILLIAMS, | ) | |
| LATONYA STUCKEY, | ) | |
| CALVIN WASHINGTON, | ) | |
| **RODERICK O. WILLIAMS**, | ) | |
| MARIE INEZ HASAN-LOMAX, | ) | |
| TANYA E. CHAISON, and | ) | |
| PAULA M. ROBARDS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | Case No. 3:05-cr-76-4-RRB |

### [PROPOSED] ORDER ON NON-OPPOSED MOTION FOR ENLARGEMENT OF TIME

The court having considered defendant's non-opposed motion for an enlargement of time to file objections, if necessary, to the Magistrate's Report and Recommendations pertaining to defendant Roderick O. Williams' motions to suppress,

It is hereby ORDERED, ADJUDGED and DECREED that counsel for defendant Roderick O. Williams may have until May 31, 2006, to file Objections to the Report and Recommendations. Should the magistrate extend this time, pursuant to his Report and

Recommendations, past the date of May 31, 2006, counsel for defendant shall file any objections by the date set forth in the Report and Recommendations.

DATED at Anchorage, Alaska, this ___ day of _____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 8th, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
  c/o Anchorage Jail
  1400 E. 4th Ave
  Anchorage, Alaska 99501

s/Lance C. Wells