Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>      Plaintiff, )<br>            )<br> v.           )<br>            )<br>BYRON WILLIAMS,     )<br>LATONYA STUCKEY,    )<br>CALVIN WASHINGTON,   )<br>**RODERICK O. WILLIAMS**, )<br>MARIE INEZ HASAN-LOMAX, )<br>TANYA E. CHAISON, and  )<br>PAULA M. ROBARDS,    )<br>            )<br>      Defendants. )<br>_____) | Case No. 3:05-cr-76-4-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

   I, Lance C. Wells, depose and state as follows.

   1.  I am the attorney of record for the defendant in the above-captioned action.

   2.  As this court is aware, an evidentiary hearing was held on May 4, 2006, as to defendant' Roderick O. Williams' motions to suppress previously filed.

   3.  At the conclusion of the hearing, Magistrate Roberts ordered a transcript to be prepared, and indicated that he would

prepare his report and recommendations to the court.

4. At that time, counsel for defendant informed the court that he would be absent and out of the district from May 12 through the 23rd 2006.

5. It was requested that I have until the end of the month to file any objections to the Report and Recommendation to be issued by Magistrate Roberts.

6. Subsequent to the hearing, but prior to leaving the courtroom, counsel spoke with A.U.S.A. Frank Russo, who stated to me that he did not oppose the filing of this motion for a brief enlargement of time to file any objections, if necessary, to Magistrate Roberts' Report and Recommendations to be issued.

7. Should defendant's motions be denied, I will want to have an opportunity to file Objections to the Report and Recommendations. I should be able to have those in by May 31, 2006. Should the date for filing be extended past May 31, 2006, by the assigned magistrate, counsel would not oppose this.

8. It is respectfully requested that this non-opposed motion for enlargement of time be granted.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 8th day of May 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/ Lance C. Wells
Lance C. Wells
Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 8th day of May 2006, at Anchorage, Alaska.

By: _____
    Notary Public in & for Alaska
    My commission expires: _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 8, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
  c/o Anchorage Jail
  1400 E. 4th Ave
  Anchorage, Alaska 99501

s/Lance C. Wells