```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs RODERICK ONDRA WILLIAMS   CASE NO. 3:05-cr-00076-04-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          LARRY CARD

DEFENDANT'S ATTORNEY:            JOHN PHARR FOR LANCE WELLS

U.S.P.O.:                        BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON FOURTH SUPERSEDING INDICTMENT
             HELD MAY 22, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:39 p.m. court convened.

 X Copy of Fourth Superseding Indictment given to defendant:
   waived reading.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X PLEA(S): Not Guilty to count(s) 1, 3, 6, and 7 of the Fourth
   Superseding Indictment.

 X Defendant's detention continued.

 X Additional Pretrial motions due June 2, 2006 as to new
   charges only; Order for the Progression of a Criminal Case
   with Trial by Jury & Final Pretrial Date FILED.

 X Counsel advised of previously set trial date: June 26, 2006 at
   8:30 a.m. before U.S. District Judge Ralph R. Beistline.

 X OTHER: Parties to meet and confer by June 1, 2006.

At 3:49 p.m. court adjourned.


DATE:      May 22, 2006            DEPUTY CLERK'S INITIALS:   amk
```