Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907-274-9696
Fax: 907-277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| _____ ) | Case No. 3:05-cr-76-4-RRB-JDR |

**DEFENDANT RODERICK O. WILLIAMS' OBJECTIONS TO
MAGISTRATE'S RECOMMENDATIONS REGARDING MOTIONS TO SUPPRESS**

COMES NOW DEFENDANT RODERICK O. WILLIAMS by and through his

attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C.

WELLS, P.C., and hereby files his Objections to the Magistrate's

proposed recommendations to deny defendant Roderick O. Williams'

previously-filed motions to suppress.

**I.   Procedural Facts.**

Defendant Roderick O. Williams moved to suppress evidence

derived from the search of his residence at 1303 W. 23rd Avenue,

Apt. #28, Anchorage, Alaska, on December 15, 2005. See docket entry 234. Co-defendant Paula Robards joins the motion at docket entry 256. Mr. Williams filed a second motion to suppress docketed at entry 254. The government has filed oppositions to both motions to suppress, and an opposition to Ms. Robards' joinder of the motion to suppress. The second motion filed on behalf of Mr. Williams seeks to suppress paragraphs 12 and 13 of the Affidavit of Special Agent Mark Schmidt, Drug Enforcement Agency (DEA), to obtain search warrant A05-244 MJ, in that it contains false and material misstatements which if stricken would leave insufficient probable cause in the application to support issuance of the warrant. Mr. Williams has requested a Franks (citations omitted) hearing to address his allegations.

An evidentiary hearing was conducted on both suppression motions on May 4, 2006. Testimony was taken from Agents Mark Schmidt and Kenneth Solek, Roderick Williams, and co-defendant Paula Robards.

## II.  Discussion.

The first motion to suppress presented the sole issue of whether the agents violated the Fourth Amendment of the United States Constitution by searching defendant's residence prior to the issuance of a valid search warrant. Mr. Williams and Ms. Robards have contended that the officers conducted a warrantless search of their residence prior to the issuance of the search

warrant No. A05-244 MJ. Based on the evidence presented, there is no doubt that the agents secured and performed a cursory search through the residence under the guise of looking for additional persons, prevention of destruction of evidence, and other items that might be in plain view, prior to the issuance of the search warrant. It is Mr. Williams' position that the agents/officers did not have the authority to secure Apt. #28 pending the application and subsequent granting of the search warrant allowing them to enter and search their residence. There were no exigent circumstances or other exception which applied allowing a warrantless search prior to the granting of the search warrant. Mr. Williams has cited to <u>Segura v. United States</u>, 468 U.S. 796 (1984). There, the agents had secured the premises to prevent destruction of evidence awaiting a search warrant that was not issued until some many hours after the initial entry into the apartment. The district court found that the initial warrantless entry and the limited security search were not justified by exigent circumstances, and were therefore illegal. In many respects, this is the same that occurred to the Williams/Robards home. Here, there was a warrantless entry made into the residence which was performed under the guise of a limited security search for persons who might cause harm to the officers, as well as to prevent alleged destruction of evidence. There was no basis for the warrantless entry. The officers were

aware that Ms. Robards was now the only occupant of the residence. Ms. Robards had been released on a misdemeanor warrant, and had returned home. The officers simply could have had Ms. Robards wait outside the residence until a search warrant was granted. There was no reason to effectuate entry into the apartment until such time as a warrant was granted. It is Mr. Williams' position that the agents did not make reasonable efforts to reconcile their law enforcement needs with the demands of Ms. Robards' personal privacy. Ms. Robards and Mr. Williams have a constitutional right of privacy to their home and effects contained therein. There was no reason to detain Ms. Robards. Simply put, Ms. Robards could have been allowed to leave. It did not matter whether or not it was December, and cold outside. She was not under arrest at that point in time.

As to the second motion to suppress filed by Mr. Williams, it remains his position that paragraphs 12 and 13 of the search warrant application contained materially false statements by Agent Schmidt. Mr. Williams has argued that these statements of paragraph 12 are not only false statements, but that they were material to a warrant application. Mr. Williams relies on his testimony previously presented, during the evidentiary hearing as well as his briefing previously filed with this court in support of his motion to suppress, and exhibits attached

thereto. They are incorporated herein by reference as though fully set forth, in order to allow Mr. Williams to preserve this issue for appeal.

### III. Conclusion.

It is respectfully requested that the magistrate's report and recommendation be disregarded by this court, and that defendant's motions to suppress be granted.

DATED at Anchorage, Alaska, this 26th day of May 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Roderick O. Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 26th, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington

Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

▲ Marie Inez Hasan-Lomax
  c/o Anchorage Jail
  1400 E. 4th Ave
  Anchorage, Alaska 99501


s/Lance C. Wells