DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00076-4-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DISCOVERY CONFERENCE |
| | ) | CERTIFICATE |
| RODERICK WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

      This document certifies that the defendant, through counsel, requested

discovery from the United States, pursuant to Fed. R. Crim. P. 16, and the United

//

States provided discovery to the defendant on June 1, 2006, and will continue to provide other discovery as it becomes available.

  RESPECTFULLY submitted this <u>　1st　</u> day of June, 2006, at Anchorage, Alaska.

            DEBORAH M. SMITH
            Acting United States Attorney

            s/ Lawrence D. Card
            Assistant U.S. Attorney
            222 West 7th Ave., #9, Rm. 253
            Anchorage, AK 99513-7567
            Phone: (907) 271-5071
            Fax: (907) 271-1500
            E-mail: larry.card@usdoj.gov
            Alaska Bar No. 8011068

I declare under penalty of perjury
that a true and correct copy of the foregoing
was sent to the following counsel of record
on June 1, 2006, via:

  (X) Electronic Case Filing Notice

Lance C. Wells
733 West 4th, Suite 308
Anchorage, AK 99501
Tel: 907-274-9696

s/ Lawrence D. Card