Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| _____ ) | Case No. 3:05-cr-76-4-RRB |

**[PROPOSED] ORDER ON MOTION TO DISMISS INDICTMENT AS MULTIPLICITOUS**

Defendant Roderick O. Williams, having moved the court, and the court being fully advised,

It is hereby ORDERED, ADJUGED and DECREED that defendant's motion is GRANTED. Count VI is hereby dismissed with prejudice.

DATED this _____ day of _____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on

*ORDER ON MOTION OF DEFENDANT FOR SEVERANCE*
*United States of America v. Roderick O. Williams*                   *Page 1 of 2*
*Case No. 3:05-cr-76-4-RRB*

May 31st, 2006, a copy
of the foregoing was served
electronically:

Frank Russo
Asst. U.S. Attorney
frank.russo@usdoj.gov

James A. Goeke
Asst. U.S. Attorney
james.goeke@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells

*ORDER ON MOTION OF DEFENDANT FOR SEVERANCE*
<u>*United States of America v. Roderick O. Williams*</u>                                                *Page 2 of 2*
*Case No. 3:05-cr-76-4-RRB*