# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA

          Plaintiff,

vs.

(01) BYRON  WILLIAMS,
(02) LATONYA  STUCKEY,
(03) KELVIN  WASHINGTON,
**(04) RODERICK  ONDRA WILLIAMS**,
(05) MARIE INEZ HASAN-LOMAX,
(06) TANYA E. CHAISON and
**(07) PAULA MARIE ROBARDS**,
(08) SHIRLEE ANN KAKARUK,

          Defendant.

**3:05-cr-00076 (RRB) (JDR)**

**FINAL
RECOMMENDATION
REGARDING
MOTIONS  TO  SUPPRESS**

(Docket Entries 234, 254 & 256)

      In a recommendation filed May, 19, 2006, at Docket No. 297, I advised that defendants' Motions to Suppress Evidence be denied.  Defendant Williams timely filed objections at Docket No. 315.  The government did not file a response. After  careful  review  of  the  objections,  I  decline  to  modify  the  original

recommendation.  Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 6th day of June, 2006 at Anchorage, Alaska.


 /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

3-05-cr-00076-04-RRB-JDR WILLIAMS, R & ROBERDS @234, 254, 256 FINAL RR Mtns to Suppress.wpd

2

FINAL RR @234-254-256 Mtns to Suppress
3-05-cr-00076-04&07-RRB-JDR          Signed by Judge John D. Roberts          06/06/2006; Page 2 of 2