## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00076-04(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | **DENYING  MOTION TO** |
| | ) | **DISMISS COUNT 6 AS** |
| RODERICK ONDRA WILLIAMS, | ) | **MULTIPLICITOUS PLEADING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed the Defendant's Motion to Dismiss Count 6 as

Multiplicitous Pleading, and the Government's Opposition to the Motion, the

Court denies the Defendant's Motion, and Count 6 will remain as part of the 4th

Superseding Indictment.

IT IS SO ORDERED.


_____          _____
         (DATE)                                    RALPH R. BEISTLINE
                                                   United States District Court Judge