UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA   v.  RODERICK WILLIAMS 

DATE:   June 12, 2006    CASE NO.   3:05-CR-0076-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**HEARING RE STATUS OF COUNSEL**

---

      A hearing with Defendant Roderick Williams and Attorney Lance Wells regarding status of counsel will be held on **Wednesday, June 14, 2006, at 11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RE STATUS OF COUNSEL