UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA


                   USA    v.   RODERICK WILLIAMS

DATE:    June 14, 2006    CASE NO.    3:05-CR-0076-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **CHANGING TIME FOR HEARING**

---

        Due to a scheduling conflict, the time for the status hearing today, June 14, 2006, is **changed** from 11:00 a.m. to **11:45 a.m.**, in Courtroom 2 in Anchorage, Alaska.  Counsel for Defendant Williams may attend telephonically by calling Meet-Me-Bridge A at 677-6246.

M.O. CHANGING TIME FOR HEARING