IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS,<br>RODERICK ONDRA WILLIAMS,<br>TONYA E. CHAISON,<br>PAULA MARIE ROBERDS, and<br>SHIRLEE ANN KAKARUK,<br><br>      Defendants. | Case No. 3:05-0076-RRB<br><br>**ORDER DENYING MOTIONS<br>TO DISMISS** |

      Before the Court are several motions filed in this matter. The first is a Motion to Suppress filed at Docket 234 by Defendant Roderick O. Williams. Williams contends that the search of his residence at 1303 W. 3rd Avenue was illegal and that evidence seized therefrom should be suppressed. Williams filed a Second Motion to Suppress Physical Evidence at Docket 254, in which he further argued that the police officers' affidavits filed in support of the search warrant were intentionally false and were calculated to deceive the Magistrate into believing that there was probable cause for a warrant. Co-Defendant Paula Roberds joined in

these motions at Docket 256. The Government opposed at Docket 241, arguing that the search in question was pursuant to a lawfully obtained search warrant based upon probable cause and that the suppression motions should be denied.

The Magistrate Judge issued his initial Recommendation Regarding Motions to Suppress at Docket 297, in which he concluded, after conducting an evidentiary hearing, that the aforesaid motions to suppress should be denied and that there was no basis for further inquiry into the affidavits of the police officers in support of the search warrant. In a lengthy and well-reasoned opinion, the Magistrate Judge concluded that although both Defendants had standing to challenge the search, the agents lawfully secured the residence in question pending application for a federal search warrant. The Magistrate Judge further concluded that the agents had good reason to believe that unless restrained, Roberds would destroy drug-related evidence before the agents could return with a warrant and that, under the circumstances, the restraint used was reasonable. The Magistrate Judge also concluded that the affidavit in support of the search warrant did not include materially misleading or false statements.

Defendant Roderick O. Williams objected to the Magistrate Judge's recommendation at Docket 315, which objections the Magistrate Judge responded to at Docket 319. The Court has reviewed Defendant William's objections, as well as the Final

Recommendation of the Magistrate Judge at Docket 319, and hereby adopts the Recommendation Regarding Motions to Suppress as originally set forth by the Magistrate Judge. Roberds was free to leave her apartment if she chose to while the officers secured the search warrant. The apartment, however, was properly secured during the relatively brief period of time it took to secure the warrant. The evidence in question was legally obtained. Therefore, the Motions to Suppress at Dockets, 234, 254, and 256 are hereby **DENIED.**

       ENTERED this 14th day of June, 2006.

                                 /s/ RALPH R. BEISTLINE
                                 UNITED STATES DISTRICT JUDGE