```
             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


         USA    v.   B. WILLIAMS, R. WILLIAMS,
                     T. CHAISON, P. ROBERDS, S. KAKARUK

DATE:    June 14, 2006    CASE NO.    3:05-CR-0076-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    MINUTE ORDER FROM CHAMBERS
                CHANGING TIME FOR FINAL PRETRIAL CONFERENCE
```

The **time** for the final pretrial conference in this matter on **Monday, June 19, 2006**, is **changed** from 9:00 a.m. to **10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.