Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:05-cr-76-4-RRB-JDR |

**TRIAL BRIEF OF RODERICK WILLIAMS**

COMES NOW DEFENDANT RODERICK O. WILLIAMS by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files his Trial Brief in the above matter as follows.

The defendant, Roderick Williams, is named as a co-defendant in a multi-count, multi-defendant cocaine distribution indictment. Specifically, Mr. Williams is charged in the fourth superseding indictment with the following offenses: drug

conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1)&(b)(1)(A), (b)(1)(B), & (b)(1)(C); maintaining a drug-involved premises Count III in violation of 21 U.S.C. §§ 856(a)(1)&(b); Count VI, attempted possession of a controlled substance with intent to distribute in violation of 21 U.S.C. §§ 846 & 841(a)(1)&(b)(1)(C) and Count VII, witness tampering in violation of 18 U.S.C. §§ 1512(b)(1)&(j).

The defendant has entered pleas of not guilty to all counts he is charged with in the fourth superseding indictment. Mr. Williams maintains his innocence of all charges.

The defendant, Roderick Williams, intends to put the government to its proof to prove each and every element of the offenses charged beyond a reasonable doubt to a jury.

To defendant's knowledge, there are no statements he has made which implicate him. At the time of this writing, the government's trial brief has not yet been received, which may bring to light additional areas that need to be brought to this court's attention, specifically for example, should the government attempt to introduce evidence Rule 404(b) evidence against Mr. Williams. Mr. Williams reserves the right to supplement his trial brief either orally or in writing upon receipt and review of the government's trial brief.

RESPECTFULLY SUBMITTED this 16th day of June 2006.

        LAW OFFICES OF LANCE C. WELLS, P.C.

        s/Lance C. Wells
        Attorney for Roderick O. Williams
        733 W. 4th Ave, Suite 308
        Anchorage, Alaska 99501
        Phone: 907/274-9696
        Fax: 907/277-9859
        E-mail: lwells@gci.net
        AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16th, 2006, a copy of the foregoing was served electronically:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells