DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Phone (907) 271-5071
Fax: 907-271-1500
e-mail: crandon.randell@usdoj.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BYRON WILLIAMS, a/k/a, "Felipe", ) <br> RODERICK ONDRA WILLIAMS, a/k/a ) <br> "MC Rod", and PAULA MARIE ) <br> ROBERDS, ) <br> ) <br> Defendants. ) | No. 3:05-cr-00076 (RRB) <br><br> **UNITED STATES' NOTICE OF INTENT TO USE DEPS AT TRIAL** |

Comes Now the United States of America by and through counsel, and requests permission to use the Court's Digital Evidence Presentation System (DEPS) in the sentencing of the captioned case, currently scheduled to commence

on June 26, 2005 at 8:30 a.m.  Furthermore, the United States gives notice it intends, with the Court's permission, to use the DEPS system in aid of its opening statement and closing argument.

RESPECTFULLY SUBMITTED this 23rd day of June, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Crandon Randell
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>e-mail: crandon.randell@usdoj.com

**CERTIFICATE OF SERVICE**
I hereby certify that on June 23, 2006
a copy of the foregoing  was served
electronically on:

| | |
|---|---|
| Scott Dattan | Williams, Byron  (Def. 1) |
| Lance C. Wells | Williams, Roderick  (Def. 4) |
| T. Burke Wonnell | Roberds, Paula M.   (Def. 7) |

s/Crandon Randell

U.S. v. WILLIAMS,et.al.
3:05-cr-00076 (RRB)