UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BYRON WILLIAMS,<br>LATONYA STUCKEY,<br>KELVIN WASHINGTON,<br>**RODERICK ONDRA WILLIAMS,**<br>MARIE INEZ HASAN-LOMAX,<br>TANYA E. CHAISON and<br>PAULA MARIE ROBERDS,<br>SHIRLEE ANN KAKARUK,<br><br>　　　　　　Defendants. | 3:05-cr-00076–04-RRB-JDR<br><br><u>FINAL RECOMMENDATION REGARDING MOTION TO DISMISS INDICTMENT AS MULTIPLICITIOUS</u><br><br>(Docket No. 317) |

The court is in receipt of defendant's "response" (Docket No. 363) to the Report and Recommendation filed at Docket No. 358. The court's Recommendation with regard to the Motion to Dismiss Counts as multiplicitous was that one of the two counts should be dismissed and that the Government be required to elect between Count 1 and Count 6. No objections to the Report and Recommendation have been filed. Accordingly,

this matter shall now be forwarded to the assigned district judge for his immediate determination.

DATED this 23rd day of June, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge