DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
Phone (907) 271-5071
Fax: 907-271-1500
e-mail: crandon.randell@usdoj.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00076-RRB |
| | ) | |
| Plaintiff, | ) | STIPULATION |
| | ) | |
| vs. | ) | |
| | ) | |
| BYRON WILLIAMS, a/k/a, "Felipe", | ) | |
| RODERICK ONDRA WILLIAMS, | ) | |
| a/k/a "MC Rod", and PAULA MARIE | ) | |
| ROBERDS, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

COME NOW the United States of America and Defendants Byron

Williams, Roderrick Williams, and Paula Marie Roberds the parties in the above-

captioned case, by and through counsel, hereby stipulate that Shirley L. Chew, a

Senior Forensic Chemist from the Drug Enforcement Administration, Western Laboratory (SFL7) in San Francisco, CA is qualified to testify, and would testify as to:

A.   Exhibit 3 – Approximately 513 grams of suspected cocaine located on the person of LaTonya Stuckey was found to be cocaine hydrochloride.

B.   Exhibit 22 – Suspected residue on Procter-Silex grinder from the kitchen at 6611 East 9th Ave. #2 was found to be cocaine hydrochloride residue.

C.   Exhibit 27– Suspected residue on the top shelf of a kitchen cabinet at 6611 East 9th Ave. #2 was found to be cocaine base residue.

D.   Exhibit 31 – Suspected residue on plastic and paper wrapping material from waste basket in the kitchen at 6611 East 9th Ave. #2 was found to be cocaine base residue.

E.   Exhibit 37 – Suspected residue on Pyrex measuring cup from the kitchen at 6611 East 9th Ave. #2 was found to be cocaine (salt undetermined) residue.

F.   Exhibit 46 – Suspected residue in trunk of Cadillac sedan belonging to Byron Williams was found to be cocaine hydrochloride.

G.   Exhibit 51-A and 51-B – Suspected residue on dining table and floor

immediately under it from 1303 West 23rd Avenue, Apartment 28 was found to be cocaine base residue.

 H. Exhibit 54 – Suspected residue on Proctor-Silex Model E-160B Kitchen Grinder from kitchen closet at 1303 West 23rd Avenue, Apartment 28 was found to be cocaine hydrochloride residue.

 I. Exhibit 57 – Suspected residue on Fusion Diablo Model FP-350 Digital Scale from the top dresser in the master bedroom at 1303 West 23rd Avenue, Apartment 28 was found to be cocaine residue.

 J. Exhibit 69 – Suspected residue on Tanita brand Model 1479V digital scale from the front center console of a Black Lincoln Navigator (Ex. N-19) occupied by Roderick Williams was found to be cocaine residue.

 K. Exhibit 72 – Approximately 140.8 grams of suspected cocaine base with packaging located on the driveway at 372 Idaho Street in Anchorage, AK was found to be cocaine base.

In addition, the parties also stipulate that Shana M. Irby, a Forensic Chemist from the Drug Enforcement Administration, Western Laboratory (SFL7) in San Francisco, CA is qualified to testify, and would testify as to:

 L. Exhibit 74 - Approximately 1317.9 grams of suspected cocaine

in a UPS Package shipped to Jackie Rainwarter at 124 E. 3rd Ave, Apt #404, Anchorage, Alaska from Jesmond Dennis at 31811 Pacific Hwy, Federal Way, WA, was found to be cocaine hydrochloride.

  M. Exhibit 75 - Approximately 1289.9 grams of suspected cocaine in a UPS Package shipped to Jackie Rainwarter at 124 E. 3rd Ave, Apt #404, Anchorage, Alaska from Jesmond Dennis at 31811 Pacific Hwy, Federal Way, WA was found to be cocaine hydrochloride.

  N. Exhibit 76 - Approximately 383.9 grams of suspected Ecstasy in a UPS Package shipped to Jackie Rainwarter at 124 E. 3rd Ave, Apt #404, Anchorage, Alaska from Jesmond Dennis at 31811 Pacific Hwy, Federal Way, WA was found to be 3,4-methylenedioxymethamphetamine (MDMA)

//

//

//

//

hydrochloride (HCl) and caffeine.

RESPECTFULLY submitted this 28th day of June, 2006, at Anchorage, Alaska.

                    DEBORAH M. SMITH
                    Acting United States Attorney

                    */s/ Crandon Randell*
                    CRANDON RANDELL
                    Assistant U.S. Attorney

                    */s/ Scott Dattan*
                    SCOTT DATTAN
                    Attorney for Byron Williams

                    */s/ Lance Wells*
                    LANCE WELLS
                    Attorney for Roderick Williams

                    */s/ T. Burke Wonnell*
                    T. BURKE WONNELL
                    Attorney for Paula Marie Roberds