(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:05-cr-00076-01-04-07-RRB          Judge: **RALPH R. BEISTLINE**

Title    United States of America
  vs.
         Byron Williams, Roderick Williams, and Paula Marie Roberds

Dates of Hearing/Trial:    June 26, 2006 thru June 30, 2006

Deputy Clerk/Recorder:     April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Crandon Randell | D. Scott Dattan for deft B. Williams |
|  | Lance C. Wells for deft R. Williams |
|  | T. Burke Wonnell for deft P. Roberds |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 6/26/06 | Photo - Cadillac | A | ✓ | 6/29/06 | DVD  *DSD* |
| 2 | ✓ | 6/26/06 | Photo - Cocaine | | | | |
| 3 | ✓ | 6/26/06 | cocaine in ex. 3 / contents of package | | | | |
| 4 | ✓ | 6/26/06 | Boarding pass of Ms. Stucky & confirmation | | | | |
| 5 | ✓ | 6/26/06 | one stop Travel Stucky / Travel Itinerary | | | | |
| 6 | ✓ | 6/26/06 | travel receipts Byron Williams One Stop | | | | |
| 7 | ✓ | 6/26/06 | Photo - Residence on 9th Avenue | | | | |
| 8 | ✓ | 6/26/06 | Photo - Cadillac silver | | | | |
| 9 | ✓ | 6/26/06 | "   " maroon | | | | |
| 10 | ✓ | 6/26/06 | Photo - Refrigerator at 9th Avenue | | | | |

*Randell* (signature)

| Case No: 3:05-cr-00076-01-04-07-RRB | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 11 | ✓ | 6/26/06 | Photo - receipt - drycleaning | | | | |
| 12 | ✓ | 6/26/06 | Photo - (person document) | | | | |
| 13 | ✓ | 6/26/06 | copy of vehicle registration | | | | |
| 14 | ✓ | 6/26/06 | Williams Alaska Insurance ID card | | | | |
| 15 | ✓ | 6/26/06 | Drug ledger | | | | |
| 16 | ✓ | 6/26/06 | Cell Phone Payment receipt | | | | |
| 17 | ✓ | 6/26/06 | Photo - Grinder | | | | |
| 18 | ✓ | 6/26/06 | " " | | | | |
| 19 | ✓ | 6/26/06 | " " | | | | |
| 20 | ✓ | 6/26/06 | " " | | | | |
| 21 | ✓ | 6/26/06 | Grinder | | | | |
| 22 | | | | | | | |
| 23 | ✓ | 6/26/06 | Photo - Cabinet in Kitchen | | | | |
| 24 | ✓ | 6/26/06 | " " | | | | |
| 25 | ✓ | 6/26/06 | " " | | | | |
| 26 | ✓ | 6/26/06 | " " | | | | |
| 27 | ✓ | 6/26/06 | drug residue | | | | |
| 28 | ✓ | 6/26/06 | Photo - Picture of garbage can | | | | |
| 29 | ✓ | 6/26/06 | " " | | | | |
| 30 | ✓ | 6/27/06 | material from waste basket | | | | |

| Case No: 3:05-cr-00076-01-04-07-RRB | | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 31 | | | | | | | | |
| 32 | ✓ | 6/30/06 | Photo - beakers in sink | | | | | |
| 33 | ✓ | 6/30/06 | " " | | | | | |
| 34 | ✓ | 6/30/06 | " " | | | | | |
| 35 | ✓ | 6/30/06 | " " | | | | | |
| 36 | ✓ | 6/30/06 | measuring cup | | | | | |
| 37 | | | | | | | | |
| 38 | ✓ | 6/30/06 | Photo - refrigerator | | | | | |
| 39 | ✓ | 6/30/06 | " " | | | | | |
| 40 | ✓ | 6/30/06 | " " | | | | | |
| 41 | ✓ | 6/30/06 | GNC - Gold Card | | | | | |
| 42 | ✓ | 6/30/06 | " " | | | | | |
| 43 | ✓ | 6/30/06 | Photo - license plate | | | | | |
| 44 | ✓ | 6/30/06 | " - truck | | | | | |
| 45 | ✓ | 6/30/06 | " " | | | | | |
| 46 | ✓ | 6/30/06 | Drug residue from vehicle | | | | | |
| 47 | ✓ | 6/30/06 | Photo - Roderick Williams | | | | | |
| 48 | ✓ | 6/30/06 | Photo - cocaine | | | | | |
| 49 | ✓ | 6/30/06 | " " | | | | | |
| 50 | ✓ | 6/30/06 | Photo - carpet residue | | | | | |

Continuation
List of Exhibits

Page: 4

| Case No: 3:05-cr-00076-01-04-07-RRB | | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 51 | | | | | | | |
| 51a | ✓ | 6/27/06 | Residue | | | | |
| 51b | ✓ | 6/27/06 | Residue | | | | |
| 52 | ✓ | 6/26/06 | Photo - basket w/ grinder | | | | |
| 53 | ✓ | 6/26/06 | Grinder | | | | |
| 54 | | | | | | | |
| 55 | ✓ | 6/26/06 | Photo - drawer | | | | |
| 56 | ✓ | 6/26/06 | Scale | | | | |
| 57 | | | | | | | |
| 58 | ✓ | 6/26/06 | Vehicle Reg. Roderick Williams | | | | |
| 59 | ✓ | 6/26/06 | Notebook | | | | |
| 60 | ✓ | 6/26/06 | Copy of Rental Agreement | | | | |
| 61 | ✓ | 6/26/06 | Photo of Roderick's Navigator | | | | |
| 62 | ✓ | 6/26/06 | Roderick Williams Insurance Receipt | | | | |
| 63 | ✓ | 6/26/06 | Cashiers check | | | | |
| 64 | ✓ | 6/26/06 | Photo - purse | | | | |
| 65 | ✓ | 6/27/06 | Photo overhead of purse | | | | |
| 66 | ✓ | 6/27/06 | Photo - purse | | | | |
| 67 | ✓ | 6/27/06 | Photo - scale/phone | | | | |
| 68 | ✓ | 6/27/06 | Scale | | | | |

Continuation
List of Exhibits

Page: 5

| Case No: 3:05-cr-00076-01-04-07-RRB | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 69 | | | | | | | |
| 70 | ✓ | 6/28/06 | Application to Lease 9th Ave | | | | |
| 71 | | 6/28/06 | Map | | | | |
| 72 | ✓ | 6/28/06 | crack cocaine | | | | |
| 73 | ✓ | 6/28/06 | lease - Kakaruk | | | | |
| 74 | ✓ | 6/28/06 | cocaine | | | | |
| 75 | ✓ | 6/27/06 | cocaine | | | | |
| 76 | ✓ | 6/27/06 | ecstasy | | | | |
| 77 | ✓ | 6/27/06 | photo box | | | | |
| 78 | ✓ | 6/27/06 | Shipping label | | | | |
| 79 | ✓ | 6/27/06 | Inside box / box within the box | | | | |
| 80 | ✓ | 6/27/06 | photo box | | | | |
| 81 | ✓ | 6/27/06 | photo - cocaine | | | | |
| 82 | ✓ | 6/28/06 | Washington Affidavit | | | | |
| 83 | ✓ | 6/28/06 | different Washington affidavit | | | | |
| 84 | ✓ | 6/28/06 | Photo - Desmond Denino | | | | |
| 85 | ✓ | 6/30/06 | Stipulation | | | | |
| 86 | ✓ | 6/28/06 | Certified One Stop Travel Invoices | | | | |
| 87 | ✓ | 6/28/06 | Summary | | | | |