IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, a/k/a "Felipe,"<br>RODERICK ONDRA WILLIAMS, a/k/a "MC Rod," and<br>PAULA MARIE ROBERDS,<br><br>      Defendants. | Case No. 3:05-cr-0076-RRB<br><br>**VERDICT 1** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, BYRON WILLIAMS, _Guilty_ (Guilty or Not Guilty) of the crime of Drug Conspiracy, in violation of 21 U.S.C. § 846, as charged in Count 1 of the Indictment. If you find the Defendant guilty, please check any of the following that apply:

We find the offense of drug conspiracy involved:

    ✓    5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

  __✓__  50 grams or more of a mixture or substance containing a detectable amount of cocaine base.

  __✓__  A detectable amount of methylenedioxymethamphetamine, commonly known as "MDMA" or "ecstasy."

ENTERED this _30_ day of _June_, 2006.

        REDACTED SIGNATURE
        FOREPERSON