IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, a/k/a<br>"Felipe,"<br>RODERICK ONDRA WILLIAMS, a/k/a<br>"MC Rod," and<br>PAULA MARIE ROBERDS,<br><br>　　　　Defendants. | Case No. 3:05-cr-0076-RRB<br><br>**VERDICT 2** |

　　　　We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, RODERICK WILLIAMS, _Guilty_ (Guilty or Not Guilty) of the crime of Drug Conspiracy, in violation of 21 U.S.C. § 846, as charged in Count 1 of the Indictment. If you find the Defendant guilty, please check any of the following that apply:

　　　　We find the offense of drug conspiracy involved:

　　　　__✓__　　5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

    ✓    50 grams or more of a mixture or substance containing a detectable amount of cocaine base.

    ✓    A detectable amount of methylenedioxymethamphetamine, commonly known as "MDMA" or "ecstasy."

ENTERED this 30 day of June, 2006.

REDACTED SIGNATURE
FOREPERSON