IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, a/k/a "Felipe,"<br>RODERICK ONDRA WILLIAMS, a/k/a "MC Rod," and<br>PAULA MARIE ROBERDS,<br><br>　　　　Defendants. | Case No. 3:05-cr-0076-RRB<br><br>**VERDICT 4** |

　　We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, RODERICK WILLIAMS, _Guilty_ (Guilty or Not Guilty) of the crime of Maintaining Drug Involved Premises, in violation of 21 U.S.C. § 856(a)(1) and (b), as charged in Count 3 of the Indictment.

　　ENTERED this 30 day of June, 2006.

　　　　　　　　　　　　　REDACTED SIGNATURE
　　　　　　　　　　　　　――――――――――――――
　　　　　　　　　　　　　FOREPERSON