IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, a/k/a "Felipe,"<br>RODERICK ONDRA WILLIAMS, a/k/a "MC Rod," and<br>PAULA MARIE ROBERDS,<br><br>      Defendants. | Case No. 3:05-cr-0076-RRB<br><br>**VERDICT 9** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, RODERICK WILLIAMS, _Not Guilty_ (Guilty or Not Guilty) of the crime of Witness Tampering, in violation of 18 U.S.C. § 1512(b)(1) and (j), as charged in Count 7 of the Indictment.

ENTERED this _30_ day of _June_, 2006.

                                   REDACTED SIGNATURE
                                   FOREPERSON