Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| LATONYA STUCKEY, ) | |
| CALVIN WASHINGTON, ) | |
| **RODERICK O. WILLIAMS**, ) | |
| MARIE INEZ HASAN-LOMAX, ) | |
| TANYA E. CHAISON, and ) | |
| PAULA M. ROBARDS, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 3:05-cr-76-4-RRB |

**MOTION FOR NEW TRIAL**

COMES NOW DEFENDANT RODERICK O. WILLIAMS by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby moves this court for a new trial pursuant to Federal Rule of Criminal Procedure 33.

This motion is supported by the attached memorandum of law and affidavit of counsel filed concurrently herewith. A proposed order for this court's signature is attached hereto.

DATED at Anchorage, Alaska, this 6th day of July 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Roderick O. Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 6th, 2006, a copy
of the foregoing was served
electronically:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells

*MOTION FOR NEW TRIAL*
*United States of America v. Roderick O. Williams*                    *Page 2 of 2*
*Case No. 3:05-cr-76-4-RRB*