Law Offices of Lance C. Wells, P.C.  
733 W. 4th Ave, Suite 308  
Anchorage, Alaska 99501  
Phone: 907/274-9696  
Fax: 907/277-9859  
E-mail: lwells@gci.net  
AK # 9206045  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| LATONYA STUCKEY, ) | |
| CALVIN WASHINGTON, ) | |
| **RODERICK O. WILLIAMS**, ) | |
| MARIE INEZ HASAN-LOMAX, ) | |
| TANYA E. CHAISON, and ) | |
| PAULA M. ROBARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cr-76-4-RRB |

**ORDER ON MOTION FOR NEW TRIAL**

The court having considered defendant's Motion for New Trial,

It is hereby ORDERED, ADJUGED and DECREED that defendant's motion is GRANTED. A new trial is scheduled for the _____ day of _____ 2006, at the hour of _____ o'clock __.m. in Courtroom No. ___ before the Hon. Judge _____. Guilty verdicts as to Count I and Count III are hereby set aside and vacated.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

                                                            _____
                                                            Hon. Ralph R. Beistline
                                                            U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 6th, 2006, a copy
of the foregoing was served
electronically:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells