Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BYRON WILLIAMS, )<br>LATONYA STUCKEY, )<br>CALVIN WASHINGTON, )<br>**RODERICK O. WILLIAMS**, )<br>MARIE INEZ HASAN-LOMAX, )<br>TANYA E. CHAISON, and )<br>PAULA M. ROBARDS, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:05-cr-76-4-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for the defendant, Roderick O. Williams, in the above-captioned action.

2. I make this Motion for New Trial on behalf of my client, as I believe that prosecutorial misconduct has occurred during the government's rebuttal closing.

3. I made a timely objection to what I believed was the government shifting the burden of proof to my client during its

closing rebuttal.

    4.    My objection was overruled.

    5.    This motion follows.

    6.    This motion is made in good faith and not for the purpose of harassment or delay.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 6th day of July 2006.

                LAW OFFICES OF LANCE C. WELLS, P.C.

                By: ___s/Lance C. Wells_____
                    Lance C. Wells
                    Alaska Bar No. 9206045
                    Attorney for Roderick O. Williams
                    733 W. 4th Ave, Suite 308
                    Anchorage, Alaska 99501
                    Phone: 907/274-9696
                    Fax: 907/277-9859
                    E-mail: lwells@gci.net

SUBSCRIBED AND AFFIRMED before me this 6th day of July 2006, at Anchorage, Alaska.

                By:____s/Sharon R. Leippi_____
                   Notary Public in & for Alaska
                   My commission expires: June 8, 2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 6th, 2006, a copy
of the foregoing was served
electronically:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.

barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

and by mail:

▲ Marie Inez Hasan-Lomax
   c/o Anchorage Jail
   1400 E. 4th Ave
   Anchorage, Alaska 99501

s/Lance C. Wells