T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-76-7 RRB |
| ) | |
| Plaintiff, ) | **JOINDER IN MOTION FOR NEW** |
| ) | **TRIAL** |
| vs. ) | |
| ) | |
| PAULA MARIE ROBERDS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Roberds herewith joins in the Motion For New Trial filed by Defendant Roderick Williams.  To the extent that the government's argument unfairly prejudiced Defendant Roderick Williams, Defendant Roberds was similarly prejudiced because she also failed to take the stand.

RESPECTFULLY SUBMITTED this 7th day of July, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Paula Marie Roberds
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE
---

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Crandon Randell
Scott Dattan
Herbert A. Viergutz
Sue Ellen Tatter
Lance C. Wells
David R. Weber
Charles Coe


this 7th day of July, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL