DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
(907) 271-5071
 e-mail: crandon.randell@usdoj.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-76-4 (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **RESPONSE TO MOTION** |
| | ) | **FOR NEW TRIAL** |
| RODERICK O. WILLIAMS, | ) | |
| a/k/a "MC Rod" | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and submits this Response to defendant's motion for a New Trial.

Defendant moves for a new trial based upon the government's rebuttal argument referencing the defendant's ability to utilize the subpoena process to compel witness attendance and testimony during the trial.  The rebuttal argument

was occasioned by defense counsel's argument "regarding the prosecution's failure to present various witnesses, including defendant's landlord . . . [who] would have provided testimony favorable to the defendant." Defendant's Brief, pg. 2.

Commenting on a defendant's ability to subpoena witnesses on his own behalf is perfectly permissible. At no time during the closing arguments did the government mention or allude to the defendant's failure to take the stand.

This motion is totally without merit.

RESPECTFULLY SUBMITTED this 11th day of July, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Crandon Randell
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006,
a copy of the foregoing was served
electronically on:
Lance Wells

s/Crandon Randell

U.S. V. WILLIAMS, ET AL
3:05-CR-76