IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS,<br>RODERICK ONDRA WILLIAMS, and<br>PAULA MARIE ROBERDS,<br><br>      Defendants. | Case No. 3:05-cr-0076-RRB<br><br><br>**ORDER DENYING MOTION<br>FOR NEW TRIAL** |

      Defendant Roderick Williams has filed a Motion for New Trial (Docket 382), based on the prosecutor's alleged improper closing argument. This motion has been joined by Defendants Byron Williams (Docket 385) and Paula Marie Roberds (Docket 388).

      Defendants argue that a statement made by the prosecutor constituted a comment on Defendants' right not to testify. This is simply not true. The prosecutor, in his rebuttal, in responding to criticism for not calling certain witnesses, properly stated that Defendants also had subpoena power to call witnesses. This had nothing to do with Defendants' right not to testify and could not reasonably be viewed in such a context. The prosecutor did not, at

any time or in any way, comment about or even allude to the fact that two of the three Defendants chose not to testify.

Moreover, the Court instructed the jury regarding Defendants' right not to testify, both in its opening and closing instructions. There was no confusion about this.

Defendant's Motion for New Trial at Docket 382 is therefore **DENIED**.

ENTERED this 18th day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE