Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>BYRON WILLIAMS,<br>LATONYA STUCKEY,<br>CALVIN WASHINGTON,<br>**RODERICK O. WILLIAMS**,<br>MARIE INEZ HASAN-LOMAX,<br>TANYA E. CHAISON, and<br>PAULA M. ROBARDS,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:05-cr-76-4-RRB |

**MOTION TO ENLARGE TIME
FOR FILING OBJECTIONS TO DRAFT
PRE-SENTENCE REPORT FOR A PERIOD OF TEN DAYS,
AND TO CONTINUE SENTENCING FOR A PERIOD OF TWO WEEKS**

*[Filed on shortened time.]*

COMES NOW undersigned counsel Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C. for defendant Roderick O. Williams, and hereby moves this court on shortened time to enlarge the period to file objections to the draft pre-sentence report for a period of ten days, and to extend the date for

sentencing currently scheduled for September 14, 2006, for a period of two weeks.

This motion is supported by the attached affidavit of counsel filed herewith.

DATED at Anchorage, Alaska, this 28th day of August 2006.

                      LAW OFFICES OF LANCE C. WELLS, P.C.

                      s/Lance C. Wells
                      Attorney for Roderick O. Williams
                      733 W. 4th Ave, Suite 308
                      Anchorage, Alaska 99501
                      Phone: 907/274-9696
                      Fax: 907/277-9859
                      E-mail: lwells@gci.net
                      AK # 9206045

I HEREBY CERTIFY that on
August 28th, 2006, a copy
of the foregoing was served
electronically on:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

s/Lance C. Wells