Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| _____ ) | Case No. 3:05-cr-76-4-RRB |

**ORDER ON MOTION TO ENLARGE
TIME FOR FILING OBJECTIONS TO DRAFT
PRE-SENTENCE REPORT FOR A PERIOD OF TEN DAYS,
AND TO CONTINUE SENTENCING FOR A PERIOD OF TWO WEEKS**

*[Filed on shortened time.]*

The court having considered defendant's motion filed on shortened time to enlarge time for filing of objections to draft pre-sentence report by ten days, and to continue sentencing for a period of two weeks, and any opposition having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. Objections to the draft pre-sentence report

shall be filed by September 8, 2006. Sentencing shall be continued until September 28, 2006, at the hour of _____ o'clock \_.m. in Courtroom No. \_ before the Hon. Judge Beistline.

Dated at Anchorage, Alaska, this \_\_\_\_ day of _____ 2006.

_____
Hon. Ralph R. Beistline
U.S. District Court Judge

I HEREBY CERTIFY that on
August 28th, 2006, a copy
of the foregoing was served
electronically on:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

s/Lance C. Wells