Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                  ) | |
|              Plaintiff,          ) | |
|                                  ) | |
|     v.                           ) | |
|                                  ) | |
| BYRON WILLIAMS,                  ) | |
| LATONYA STUCKEY,                 ) | |
| CALVIN WASHINGTON,               ) | |
| **RODERICK O. WILLIAMS**,        ) | |
| MARIE INEZ HASAN-LOMAX,          ) | |
| TANYA E. CHAISON, and            ) | |
| PAULA M. ROBARDS,                ) | |
|                                  ) | |
|              Defendants.         ) | |
| _____) | Case No. 3:05-cr-76-4-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

***[Filed on shortened time.]***

I, Lance C. Wells, depose and state as follows:

1. I am the CJA appointed attorney for defendant, Roderick O. Williams, in the above-captioned matter.

2. As this court is aware, defendant Williams was recently convicted of two counts during the joint jury trial

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*                                      *Page 1 of 4*

held in the above matter.

3. Currently objections to the draft pre-sentence report are due tomorrow, August 29, 2006.

4. I have attempted to speak with Mr. Williams on several occasions by telephone, but have been unsuccessful.

5. Mr. Williams has been able to contact me, but our phone conversations have been very limited, and clipped, due to time constraints surrounding the use of the phone at the federal detention center located at Sea-Tac.

6. Mr. Williams, pursuant to the draft plea agreement, is facing exposure of 240 months to 293 months.

7. During my brief conversation with Mr. Williams, he has expressed that a number of the paragraphs within the draft pre-sentence report are factually inaccurate, as well as descriptions regarding prior criminal conduct.

8. Due to our brief conversations, I have been unable to elicit much information from Mr. Williams.

9. I informed Mr. Williams that I would be asking this court for permission to travel to Seattle over the week-end of September 1, 2006, leaving at approximately six o'clock p.m., and returning back to Alaska on Sunday at approximately three o'clock p.m.

10. This would enable me to meet with Mr. Williams and go over the draft pre-sentence report with him in detail, and

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*                                          *Page 2 of 4*

ultimately file objections.

    11. I am further requesting this court to extend the time for filing objections to the draft pre-sentence report by ten days. Currently objections are due tomorrow, August 29, 2006.

    12. I am further asking this court to continue sentencing for a period of approximately fourteen days in light of the extension of time requested to file objections to the draft pre-sentence report.

    13. No one will be prejudiced by this request.

    14. This is defendant's first request to continue sentencing in the above matter, as well as to enlarge time for filing objections to his draft pre-sentence report.

    15. It is respectfully requested that the motion filed on shortened time be granted.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

    DATED at Anchorage, Alaska, this 28th day of August 2006.

                              LAW OFFICES OF LANCE C. WELLS, P.C.

                              By: ___s/Lance C. Wells_____
                                  Lance C. Wells
                                  Alaska Bar No. 9206045

    SUBSCRIBED AND AFFIRMED before me this 28th day of August 2006, at Anchorage, Alaska.

                              By: ____s/Sharon R. Leippi_____
                                  Notary Public in & for Alaska

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*                                                      *Page 3 of 4*

I HEREBY CERTIFY that on
August 28th, 2006, a copy
of the foregoing was served
electronically on:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net


s/Lance C. Wells

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*                                                            *Page 4 of 4*