Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BYRON WILLIAMS,<br>LATONYA STUCKEY,<br>CALVIN WASHINGTON,<br>**RODERICK O. WILLIAMS**,<br>MARIE INEZ HASAN-LOMAX,<br>TANYA E. CHAISON, and<br>PAULA M. ROBARDS,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:05-cr-76-4-RRB |

<u>ORDER ON MOTION TO ENLARGE
TIME FOR FILING OBJECTIONS TO DRAFT
PRE-SENTENCE REPORT FOR A PERIOD OF TEN DAYS,
AND TO CONTINUE SENTENCING FOR A PERIOD OF TWO WEEKS</u>

[Filed on shortened time.]

The court having considered defendant's motion filed on shortened time to enlarge time for filing of objections to draft pre-sentence report by ten days, and to continue sentencing for a period of two weeks, and any opposition having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. Objections to the draft pre-sentence report

shall be filed by September 8, 2006. Sentencing shall be continued until September 28, 2006, at the hour of 1:30 o'clock p.m. in Courtroom No. 2 before the Hon. Judge Beistline.

Dated at Anchorage, Alaska, this 28 day of August 2006.

Hon. Ralph R. Beistline
U.S. District Court Judge