Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907-274-9696
Fax: 907-277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| LATONYA STUCKEY, | ) |
| CALVIN WASHINGTON, | ) |
| **RODERICK O. WILLIAMS**, | ) |
| MARIE INEZ HASAN-LOMAX, | ) |
| TANYA E. CHAISON, and | ) |
| PAULA M. ROBARDS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. 3:05-cr-76-4-RRB |

**ORDER ON MOTION TO CONTINUE SENTENCING**

***[Filed on shortened time.]***

The court having considered defendant's motion filed on shortened time to continue sentencing, and any opposition having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. Sentencing, currently set for Thursday, September 28, 2006, at 1:30 p.m., shall be continued until the

_____ day of _____, at the hour of _____ o'clock __.m.

in Courtroom No. ___ before the Hon. Judge Beistline.

Dated at Anchorage, Alaska, this ____ day of _____ 2006.

_____
Hon. Ralph R. Beistline
U.S. District Court Judge


I HEREBY CERTIFY that on
September 26th, 2006, a copy
of the foregoing was served
electronically on:

Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net


s/Lance C. Wells