Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| LATONYA STUCKEY, ) | |
| CALVIN WASHINGTON, ) | |
| **RODERICK O. WILLIAMS**, ) | |
| MARIE INEZ HASAN-LOMAX, ) | |
| TANYA E. CHAISON, and ) | |
| PAULA M. ROBARDS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cr-76-4-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

*[Filed on shortened time.]*

I, Lance C. Wells, depose and state as follows:

1. I am the CJA appointed attorney for defendant, Roderick O. Williams.

2. Sentencing in the above matter has been scheduled for Thursday, September 28, 2006, at 1:30 p.m.

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*                                              *Page 1 of 3*

3. I have come down with a severe flu, bordering on pneumonia. Last week I was in two trials, in Palmer and Anchorage. On Friday, I was in Fairbanks. On Saturday, I became ill.

4. I would like to meet with my client prior to sentencing.

5. I respectfully request that sentencing be continued for one week.

6. Linda of the Clerk's Office will be notified by telephone immediately after the electronic filing of this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 26th day of September 2006.

    LAW OFFICES OF LANCE C. WELLS, P.C.

    By: ___s/Lance C. Wells_____
        Lance C. Wells
        Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 26th day of September 2006, at Anchorage, Alaska.

    By: ____s/Sharon R. Leippi_____
        Notary Public in and for Alaska
        My commission expires: June 8, 2010

I HEREBY CERTIFY that on
September 26th, 2006, a copy
of the foregoing was served
electronically on:

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*    Page 2 of 3

```
Crandon Randell
Asst. U.S. Attorney
crandon.randell@usdoj.gov

▲ Byron Williams
D. Scott Dattan, Esq.
dattan@alaska.net

▲ Latonya Stuckey
Herbert A. Viergutz, Esq.
barmar@gci.net

▲ Calvin Washington
Rich Curtner, Asst. Defender
rich_curtner@fd.org
Sue Ellen Tatter, Asst. Defender
sue_ellen_tatter@fd.org

▲ Tanya E. Chaison
David R. Weber, Esq.
drweber@acsalaska.net

▲ Paula M. Robards
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net


s/Lance C. Wells
```

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Roderick O. Williams*
*Case No. 3:05-cr-76-4-RRB*                                        *Page 3 of 3*