**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


 USA  v.  RODERICK WILLIAMS 

DATE:   September 27, 2006   CASE NO.   3:05-CR-0076-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

════════════════════════════════════════════════════

         Defendant has filed a Motion to Continue Sentencing at

Docket 472.   The sentencing in this matter is **RESCHEDULED** from

September 28, 2006, to **Thursday, October 12, 2006, at 8:15 a.m.**, in

Courtroom 2 in Anchorage, Alaska.


M.O. RESCHEDULING SENTENCING