```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


            USA    v.   RODERICK WILLIAMS

DATE:    October 10, 2006      CASE NO.    3:05-CR-0076-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE COUNSEL
```
___

      This matter is referred to the Federal Public Defender office to appoint new counsel for Defendant to pursue post-trial and post-sentencing matters. Sentencing is currently scheduled for **October 12, 2006, at 8:15 a.m.** in Courtroom 2.

M.O. RE COUNSEL