MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RODERICK ONDRA WILLIAMS    CASE NO. 3:05-CR-00076-04-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        SUZANNETTE DAVID

UNITED STATES ATTORNEY:       CRANDON RANDELL

DEFENDANTS ATTORNEY:          LANCE WELLS

U.S.P.O.:                     PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 10/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:18 a.m. court convened.

Court and counsel heard re appointment of new counsel (Dkt 480), presentence report, and sentencing recommendations.

Court accepted presentence report.

At 9:16 a.m. court recessed.
At 12:05 p.m. court reconvened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 264 months on Count 1 of the Fourth Superseding Indictment and 240 months on Count 3 of the Fourth Superseding Indictment, such terms to run concurrently.

 X Defendant placed on supervised release for a period of ten years on Count 1 and three years on Count 3, said terms to run concurrently under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $ 200.00    , due   immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court advised defendant of appeal rights; Payment coupon given to the defendant.

At 12:49 p.m. court adjourned.

DATE: October 12, 2006          DEPUTY CLERK'S INITIALS: SCD