Allison Mendel
Mendel & Associates
431 W. 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 279-5001

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 3:05-CR-00076-04-RRB |
| ) | |
| RODERICK ONDRA WILLIAMS, ) | |
| ) | **ENTRY OF APPEARANCE** |
| Defendant. ) | |
| _____ ) | |

Allison Mendel of Mendel & Associates, 431 W. 7th Avenue, Suite 101, Anchorage, Alaska 99501, hereby enters her appearance in this case as attorney for defendant Roderick Ondra Williams.

MENDEL & ASSOCIATES

DATED: October 17, 2006                                     /S/
Allison Mendel
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 279-5001
(907) 279-5437
amendel-mendel@gci.net

[sidebar: MENDEL & ASSOCIATES / ATTORNEYS AT LAW / 431 WEST SEVENTH AVENUE, SUITE 101 / ANCHORAGE, ALASKA 99501 / (907) 279-5001]

ENTRY OF APPEARANCE – PAGE 1 OF 2
*USA V. WILLIAMS*, 3:05-CR-00076-04-RRB

CERTIFICATE OF SERVICE
I hereby certifiy that on **October 17, 2006**, a true and correct copy of this document was served electronically on:
CRANDON RANDELL
crandon.randell@usdoj.gov

By: /S/
    Allison Mendel

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
431 WEST SEVENTH AVENUE, SUITE 101
ANCHORAGE, ALASKA 99501
(907) 279-5001

ENTRY OF APPEARANCE – PAGE 2 OF 2
*USA V. WILLIAMS*, 3:05-CR-00076-04-RRB