IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
OCT 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>Roderick Williams<br>    Defendant. | U.S.D.C. Case Number<br>3:05-CR-76-4 (RRB)<br><br>NOTICE OF APPEAL |

Notice is hereby given that **Roderick Williams** appeals to the Ninth Circuit Court of Appeals from the:

(____) Conviction only (Fed. R. Crim. P. 32(b)).

( X ) Conviction(s) and sentence(s).

(____) Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: 10·12·06

Sentence imposed: Ct.1 264 mo's; Ct.3 240 months concurrent to count 1.

Transcript required (yes or no): yes. If yes, date ordered or to be ordered: per order to follow (including arrangements from court. for payment with court recorder). (C.J.A. Appointed)

"New counsel to enter appearance per court order".

Signature: M.C. Wells #9260045 AL.

Date: 10/12/06

(Rev 10/06)

cc: AUSA Rindell
By courier —
10·12·06
W