UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM - AMENDED

U.S. Court of Appeals # **06-30574**        U.S. District Court # **3:05-cr-0076-RRB-4**

Short Case Title **U.S.A. v. WILLIAMS**

Date of Notice of Appeal Filed by Clerk of District Court **10/12/06**

**Section A – To be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| **06/26/06 to 06/30/06** | | WITNESS TESTIMONY |
| **06/26/06 to 06/30/06** | | CLOSING ARGUMENTS |
| **05/04/06 Motion to Suppress** | | PRE-TRIAL PROCEEDINGS: **Hearing** |
| | | OTHER: |
| **10/12/06** | | **Imposition of Sentence** |

(Attach Additional Page for Designation if Necessary)

( ) As retained counsel I have designated the portion(s) of the transcripts(s) and will notify all counsel of this intention. As retained counsel (or Litigant proceeding in pro per), I request a coy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed A0-435, Transcript Order Form, to this designation for he purposes of order the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcript have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(**XX**) As appointed counsel I certify that an appropriate order, i.e. CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the Court, I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered    **11/20/06**        Estimated Date for Completion    **12/02/06**

Signature of Attorney    **/s/ Allison Mendel**        Phone Number    **(907) 279-5001**

Address **Allison Mendel, Mendel & Associates, 431 W. 7th Ave., Suite 101, Anchorage, AK 99501, (907) 279-5001 PH, (907) 279-5437 Fax, Email: amendel-mendel@gci.net**

**Section B – To Be Completed by Court Reporter**

I, _____, have received this designation.
         (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____ Due Date _____

**Section C – To be Completed by Court Reporter**

   Date transcript Filed _____ Court Reporter's Signature _____

(Transcript.des 11/96)