UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 21 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RODERICK WILLIAMS,<br><br>Defendant - Appellant. | No. 06-30574<br><br>D.C. No. CR-05-00076-4-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

DEC 11 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

The motion by attorney Allison Mendel, Esq., appointed counsel under the Criminal Justice Act, requesting authorization of approximately 30 hours of paralegal services at a rate not to exceed $29.75 per hour, is granted. The services will be provided by paralegals employed by the firm. Counsel should utilize a CJA-21 voucher form in requesting payment and is authorized reimbursement for out-of-pocket paralegal expense not to exceed $1,000. This motion is granted effective October 12, 2006.

Counsel must seek further advance authorization before incurring expenses beyond the amount authorized in this order. Counsel is reminded to claim only services that are paralegal in nature. Services that are secretarial in nature are

No. 06-30574 No. 06-30574                                                                 page 2

considered overhead expense and are not reimbursable under the Criminal Justice Act.

_____ *Peter L. Shaw*
General Order 6.3(e)

O:\AppComm\Orders\Operations\06-30574sa.wpd