Roderick Williams

USP Tuscon

P.O. Box 24550

Tuscon, AZ 85734



RECEIVED
AUG 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Defendant appearing pro se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05 Cr-00076 |
| Plaintiff. | ) | DEFENDANT WILLIAMS' |
| v. | ) | EX-PARTE APPLICATION |
| Roderick Williams, | ) | TO UNSEAL AND COMPEL |
| Defendent. | ) | DISCLOSURE OF SEARCH |
| | ) | WARRANT AFFIDAVIT |

Defendant Williams respectfully moves this court to unseal and compel disclosure of the 12/15/2005 search warrant affidavit regarding the residence at 1303 W 23rd Avenue #28, Anchorage, Ak.

The pretrial discovery of affidavit did not have any signatures, file stamp, or any verification as to what time the search warrant affidavit was aplied for, sworn to, or of it's legitimacy.

Dated Aug 21, 2007

*Roderick Will[iams]*

RODERICK WILLIAMS, Defendant

PROOF OF SERVICE BY MAIL

I, the undersigned, state:

I am a citizen of the United States, over the age of 18 years, a resident of the State of Arizona, and not a party to the herein action.

On  Aug 21 , 200 7, I served a true copy of the herein  Motion to Unseal and Disclose  on the below listed parties, by depositing same in an envelope, with sufficient postage thereon, in the 'outgoing' mailbox at the U.S. Penitentiary, Tucson, AZ.

U.S. Attorneys
222 W 7th Ave
Anchorage, AK 99513

My name is  Danny Fabricant , my address is Box 24550, Tucson AZ 85734.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Aug 21 , 200 7, at the United States Penitentiary, Tucson, AZ.

/s/ [signature]





Clerk of Court
Fed Bldg & Courthouse
222 W 7th Ave #4
Anchorage, AK 99513

Roderick Williams 15192-006
USP Tu Scon
P O Box 24550
Tuscon, AZ 85734