ORIGINAL

Roderick Williams

USP Tuscon

P.O. Box 24550

Tuscon, AZ 85734

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:05-cr-00076-4 |
| Roderick Williams ) | |
| Defendant. ) | |
| _____ ) | |

ORDER ON MOTION OF DISCLOSURE

The court having considered defendant's motion to unseal and compel disclosure, and noting no opposition thereto, ~~and any reply having been filed~~ It is here by ORDERED that defendant's motion/application is GRANTED. A copy of the search warrant affidavit as it appears on file will be unsealed and furnished ~~by the court~~ to the defendant Roderick Williams.

DATED this ___ day of October 2007

_[signature]_

U.S DISTRICT COURT JUDGE