FILED

OCT 1 0 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,          )

RECEIVED

OCT 1 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ORDERED
Motion for extension of
time to file petition for
rehearing granted to:
_OCTOBER 19, 2007_
For the Court

Deputy Clerk

          Plaintiff/Appellee,          )

v.                                     )

RODERICK ONDRA WILLIAMS,          ) Case No. 06-30574

          Defendant/Appellant.          ) DC No. 3:05-cr-00076-RRB-4
_____ ) Alaska (Anchorage)

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

COMES NOW Defendant-Appellant, by and through his attorney of record, Allison Mendel of Mendel & Associates, and moves the Court pursuant to General Order 6-3a, for an extension of time in which to file Appellant's Petition for Rehearing En Banc. Appellant's Petition is currently due October 10, 2007. Appellant requests an extension until October 19, 2007 to file his Petition. This motion is supported by the attached Affidavit of Allison Mendel.

MENDEL & ASSOCIATES

DATED: 10/9/07

Allison Mendel
Attorney for Roderick O. Williams

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
431 WEST SEVENTH AVENUE, SUITE 101
ANCHORAGE, ALASKA 99501
(907) 279-5001