UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 13 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RODERICK WILLIAMS,<br><br>Defendant - Appellant. | No. 06-30574<br><br>D.C. No. CR-05-00076-4-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |
|---|---|

Before: WALLACE, NOONAN, and PAEZ, Circuit Judges.

The panel votes to deny the petition for rehearing. Judge Paez votes to deny petition for rehearing en banc and Judge Wallace and Judge Noonan recommend denying the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED.