Original

Roderick Williams
USP Tucson
P.O. Box 24550
Tucson, AZ 85734

RECEIVED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Defendant appearing pro se

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00076 |
| Plaintiff. | ) | DEFENDENT WILLIAMS' |
| v. | ) | EX_PARTE APLICATION |
| Roderick Williams, | ) | TO UNSEAL AND COMPEL |
| Defendant. | ) | DISCLOSURE OF GRAND JURY |
| | ) | TRANSCRIPTS |

Defendant Williams respectfully moves this court to unseal and compel disclosure of the 12-14-05, 1-18-06, and the 5-18-06 grand jury transcripts specifically agent Schmidt's testimony.

Defendant was never given full disclosure of all the grand jury transcripts. The portion defendant was given showed agent Schmidt's testimony to be inconsistent with statements and his previous grand jury testimony. I also need them to prepare for post-conviction proceedings.

Dated Dec.12,2007

RODERICK WILLIAMS

# CERTIFICATE OF SERVICE

I, _Roderick Williams_, hereby certify that I have served a true and correct copy of the foregoing:

Ex-parte application

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L..Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Ofc US attorney
222 W 7th Ave, #9 Suite 253
Anchorage, AK 99513-7504

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __12__ day of __Dec__,

Respectfully Submitted,

_Roderick Williams_

REG. NO. _15192-006_

ck Williams 15192-006
TUCSON
Box 24550
ON, AZ 85734




US District Court of Alaska
222 W 7th Ave, #4
Anchorage, AK 99513-~~7500~~
-7564

99513$7504 C001