7-19-08

Re: Case 3:05-cr-00076

Dear Judge Beistline,

I have written you several letters complaining of Ineffective assistance of counsel. You also told me that my letters to the Court were part of the record. However, my appeal attorney can not locate them and the letters are not on the Docket Sheet nor is my Representation hearing that resulted from my letters. I had a representation hearing in front of Judge Sedwick right before my 6/25/06 trial. (In case 3:05-cr-00076) May I please be sent any records or copies of these matters. Thank you.

Roderick Willi[s]

Roderick Williams #15192-006
USP Tucson
P.O. Box 24550
Tucson, AZ 85734

9351317504

Judge R. Beistline
Federal Bldg & U.S. Courthouse
222 W. 7th Ave #49
Anchorage, AK 99513